**FILED**
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

2-6-08

(Hollis vs. Medina)

CASE NO. C-07-2980 THE-PR

Dear Clerk, I request and status report of the proceedings and I request to know the "date" defendant was served a summons and complaint and copy of the order dated November 27, 2007.

Thank You!

Marvin Hollis, E-37508
P.O. Box 3030,     D-5-228
Susanville, Calif, 96127



HIGH DESERT STATE PRISON
NAME: MARVIN HOLLIS
DC# E-37508 BED: D-5-228
P O BOX 3030 SUSANVILLE CA 96127

Legal Mail

U.S. Northern District Court
450 Golden Gate Ave.
San Francisco, Calif, 94102

D5

US POSTAGE $00.410
Mailed From 96127
02/08/2008
049J82046573