EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5793
 Fax: (415) 703-5480
 Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendant E. Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>         Plaintiff,<br><br>    v.<br><br>E. MEDINA.<br><br>         Defendant. | Case No. C 07-2980 THE (PR)<br><br>DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT |

I, N. GRANNIS, declare as follows:

   1.   I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. As part of my duties, I serve as the authorized custodian or records of the Inmate Appeals Branch. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion to Dismiss and Motion for Summary Judgment.

   2.   I am familiar with the sections of Title 15 of the California Code of Regulations that govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an

inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be conducted by a designated representative of the Director under supervision of the chief, inmate appeals." Form CDC 602 is used by an inmate when the inmate files an administrative appeal. The Form CDC 602 informs the inmates of how to proceed "if dissatisfied" with a particular level of decision.

3.  The director's decision exhausts the administrative remedy available to an inmate within the CDCR. The director's decision also advises an inmate that the decision constitutes the exhaustion of administrative remedies available to the inmate within the CDCR.

4.  The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level, also referred to as the third level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it will be given an appeal number and will be logged into the system. The system was commenced in 1993. The following information will be kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log numbers, inmates' names and CDC numbers, institutions where the appeal arises, the date that the appeal is received and closed, and the final disposition of the appeal.

5.  The inmate-appeal records are made at or near the time that the inmate grievances are investigated and decided, and they are made by a person with knowledge of the matters addressed, or according to information provided by a person with knowledge of those matters. These appeal records are made and kept in the course of regularly conducted activity, as a regular practice.

6.  A search of the computerized system has been conducted under the inmate name Marvin Hollis, with CDCR number E37505. Attached as exhibit A is a true and correct copy of the Inmate Appeals Branch computer printout report of each inmate appeal that was submitted by inmate Hollis that was accepted for review or screened out at the Director's Level. The records date back to August 2000.

7.  Exhibit A lists the appeals that were submitted by inmate Hollis that were accepted and considered for review at the Director's level from 1995 through January 2008 or which were

Decl. N. Grannis in Support Mot. to Dismiss and Mot. for Summary Judgment

Marvin Glenn Hollis v. E. Medina
C 07-2980 TEH (PR)

2

1 | screened out from 2000 through January 2008. The Inmate Appeals Branch reviewed Exhibit A
2 | to determine if an inmate bearing institutional log no. SVSP-C-07-01415 was accepted for
3 | review or screened out at the Director's level.
4 |     8. Upon review of Exhibit A, there is no record of SVSP-C-07-01415 being sent to,
5 | accepted, reviewed or screened out at the Director's Level of appeal by inmate Hollis. Therefore,
6 | appeal SVSP-C-07-01415 was not exhausted at the Director's Level.
7 |     I declare under penalty of perjury that the foregoing is true and correct. Executed at
8 | Sacramento, California, on February 15, 2008.

*[signature]*
N. Grannis
Chief, Inmate Appeals Branch

Decl. N. Grannis in Support Mot. to Dismiss and Mot. for Summary Judgment

Marvin Glenn Hollis v. E. Medina
C 07-2980 TEH (PR)

3

**EXHIBIT A**

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III
Appellant Appeal History
CDCR Number: E37508

01/02/2008

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | |

Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0100615 | DISCIPLINARY | Prior to subcategory | 07/19/2001 | SAC-01-00972 | 10/15/2001 | 01/02/2002 | GRANTED IN PART |
| 0100626 | LIVING CONDITIONS | Prior to subcategory | 07/19/2001 | SAC-01-01129 | 10/15/2001 | 02/11/2002 | DENIED |
| 0100799 | LIVING CONDITIONS | Prior to subcategory | 07/25/2001 | SAC-01-00998 | 10/19/2001 | 02/20/2002 | DENIED |
| 0102399 | TRANSFER | Prior to subcategory | 09/10/2001 | SAC-01-00711 | 12/07/2001 | 01/31/2002 | DENIED |
| 0102694 | STAFF COMPLAINTS | Prior to subcategory | 09/20/2001 | SAC-01-01898 | 12/19/2001 | 12/31/2001 | DENIED |
| 0103858 | SEGREGATION | Prior to subcategory | 10/24/2001 | SAC-01-00881 | 01/24/2002 | 03/29/2002 | DENIED |
| 0104578 | STAFF COMPLAINTS | Prior to subcategory | 11/13/2001 | SAC-01-02131 | 02/13/2002 | 12/31/2001 | DENIED |
| 0104630 | SEGREGATION | Prior to subcategory | 11/13/2001 | SAC-01-02250 | 02/13/2002 | 03/29/2002 | DENIED |
| 0105063 | STAFF COMPLAINTS | Prior to subcategory | 11/27/2001 | SAC-01-02206 | 02/26/2002 | 01/22/2002 | DENIED |
| 0105520 | STAFF COMPLAINTS | Prior to subcategory | 12/11/2001 | SAC-01-02057 | 03/12/2002 | 01/25/2002 | DENIED |
| 0105526 | PROPERTY | Prior to subcategory | 12/11/2001 | SAC-01-01477 | 03/12/2002 | 03/26/2002 | DENIED |
| 0106077 | DISCIPLINARY | Prior to subcategory | 12/27/2001 | SAC-01-02180 | 03/27/2002 | 02/19/2002 | DENIED |
| 0106997 | DISCIPLINARY | Prior to subcategory | 01/24/2002 | SAC-01-00973 | 04/23/2002 | 02/25/2002 | DENIED |
| 0107164 | STAFF COMPLAINTS | Prior to subcategory | 01/29/2002 | SAC-01-01710 | 04/26/2002 | 03/13/2002 | DENIED |
| 0107713 | STAFF COMPLAINTS | Prior to subcategory | 02/13/2002 | SAC-01-02687 | 05/10/2002 | 03/26/2002 | DENIED |
| 0107725 | MEDICAL | Prior to subcategory | 02/13/2002 | SAC-01-02493 | 05/10/2002 | 03/28/2002 | DENIED |
| 0107756 | LEGAL | Prior to subcategory | 02/13/2002 | SAC-01-02428 | 05/10/2002 | 05/08/2002 | DENIED |
| 0108720 | STAFF COMPLAINTS | Prior to subcategory | 03/12/2002 | SAC-02-00102 | 06/06/2002 | 05/15/2002 | DENIED |
| 0108953 | DISCIPLINARY | Prior to subcategory | 03/18/2002 | SAC-01-01275 | 06/12/2002 | 04/23/2002 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | | |
|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | | |
| 0109113 | | | | LEGAL | Prior to subcategory | 03/20/2002 | SAC-02-00168 | 06/14/2002 | 05/20/2002 | DENIED |
| 0109297 | | | | FUNDS | Prior to subcategory | 03/22/2002 | SAC-01-02733 | 06/18/2002 | 05/31/2002 | DENIED |
| 0109421 | | | | LEGAL | Prior to subcategory | 03/26/2002 | SAC-02-00008 | 06/20/2002 | 05/31/2002 | DENIED |
| 0109545 | | | | FUNDS | Prior to subcategory | 03/28/2002 | SAC-01-02529 | 06/24/2002 | 05/21/2002 | DENIED |
| 0109734 | | | | LIVING CONDITIONS | Prior to subcategory | 04/03/2002 | SAC-02-00357 | 06/27/2002 | 06/10/2002 | DENIED |
| 0110691 | | | | SEGREGATION | Prior to subcategory | 05/01/2002 | SAC-01-02744 | 07/26/2002 | 06/07/2002 | DENIED |
| 0111179 | | | | LEGAL | Prior to subcategory | 05/14/2002 | SAC-02-00167 | 08/08/2002 | 06/26/2002 | CANCELLED |
| 0111353 | | | | PROPERTY | Prior to subcategory | 05/17/2002 | SAC-02-00875 | 08/13/2002 | 06/20/2002 | DENIED |
| 0112673 | | | | DISCIPLINARY | Prior to subcategory | 06/20/2002 | SAC-02-01029 | 09/16/2002 | 08/21/2002 | DENIED |
| 0200229 | | | | FUNDS | Prior to subcategory | 07/05/2002 | SAC-02-01076 | 09/30/2002 | 08/26/2002 | DENIED |
| 0200331 | | | | DISCIPLINARY | Prior to subcategory | 07/10/2002 | SAC-02-01211 | 10/03/2002 | 10/02/2002 | GRANTED IN PART |
| 0201019 | | | | DISCIPLINARY | Prior to subcategory | 07/29/2002 | SAC-02-01146 | 10/23/2002 | 09/20/2002 | DENIED |
| 0204944 | | | | LIVING CONDITIONS | Prior to subcategory | 10/28/2002 | SAC-02-01663 | 01/28/2003 | 11/27/2002 | DENIED |
| 0205672 | | | | FUNDS | Prior to subcategory | 11/14/2002 | SAC-02-00907 | 02/14/2003 | 01/29/2003 | DENIED |
| 0206199 | | | | FUNDS | Prior to subcategory | 11/27/2002 | SAC-02-02105 | 02/26/2003 | 02/18/2003 | DENIED |
| 0207638 | | | | FUNDS | Prior to subcategory | 01/02/2003 | SAC-02-02101 | 04/02/2003 | 02/19/2003 | DENIED |
| 0207951 | | | | MAIL | Prior to subcategory | 01/10/2003 | COR-02-03106 | 04/10/2003 | 03/24/2003 | DENIED |
| 0208962 | | | | LEGAL | Prior to subcategory | 02/06/2003 | SAC-02-02998 | 05/06/2003 | 05/06/2003 | DENIED |
| 0210076 | | | | PROPERTY | Prior to subcategory | 03/10/2003 | COR-02-03399 | 06/04/2003 | 05/30/2003 | DENIED |
| 0210735 | | | | DISCIPLINARY | Prior to subcategory | 03/26/2003 | COR-03-00332 | 06/20/2003 | 06/18/2003 | DENIED |
| 0210776 | | | | LIVING CONDITIONS | Prior to subcategory | 03/26/2003 | COR-02-03880 | 06/20/2003 | 06/20/2003 | DENIED |
| 0212731 | | | | LEGAL | Prior to subcategory | 05/14/2003 | COR-03-00238 | 08/08/2003 | 06/25/2003 | DENIED |
| 0214839 | | | | MEDICAL | Prior to subcategory | 06/30/2003 | COR-03-01561 | 09/24/2003 | 09/24/2003 | GRANTED IN PART |
| 0302143 | | | | PROPERTY | Prior to subcategory | 08/25/2003 | COR-03-00491 | 11/20/2003 | 10/27/2003 | DENIED |
| 0308655 | | | | LIVING CONDITIONS | Prior to subcategory | 02/17/2004 | SVSP-03-03555 | 05/12/2004 | 05/12/2004 | DENIED |
| 0312038 | | | | MEDICAL | Prior to subcategory | 05/12/2004 | SVSP-04-00153 | 08/06/2004 | 08/06/2004 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | | |
| 0313291 | | | | MAIL | Prior to subcategory | 06/18/2004 | SVSP-03-04199 | 09/14/2004 | 09/09/2004 | DENIED |
| 0400056 | | | | WORK INCENTIVE | Prior to subcategory | 07/01/2004 | SVSP-04-00838 | 09/27/2004 | 09/20/2004 | DENIED |
| 0400755 | | | | MEDICAL | Prior to subcategory | 07/20/2004 | SVSP-04-00604 | 10/14/2004 | 09/08/2004 | GRANTED IN PART |
| 0402031 | | | | LIVING CONDITIONS | Prior to subcategory | 08/20/2004 | SVSP-03-04374 | 11/17/2004 | 11/08/2004 | DENIED |
| 0402776 | | | | LEGAL | Prior to subcategory | 09/07/2004 | SVSP-04-01723 | 12/06/2004 | 12/03/2004 | DENIED |
| 0404319 | | | | DISCIPLINARY | Prior to subcategory | 10/18/2004 | SVSP-04-02896 | 01/13/2005 | 01/10/2005 | DENIED |
| 0404412 | | | | MEDICAL | Prior to subcategory | 10/19/2004 | SVSP-04-02565 | 01/14/2005 | 01/05/2005 | DENIED |
| 0404903 | | | | CASE INFO/RECORDS | Prior to subcategory | 11/02/2004 | SVSP-04-00829 | 01/28/2005 | 01/11/2005 | GRANTED IN PART |
| 0406242 | | | | PROGRAM | Prior to subcategory | 12/15/2004 | SVSP-04-03449 | 03/11/2005 | 02/24/2005 | DENIED |
| 0406309 | | | | PROGRAM | Prior to subcategory | 12/17/2004 | SVSP-04-03300 | 03/15/2005 | 02/15/2005 | GRANTED IN PART |
| 0406853 | | | | PROGRAM | Prior to subcategory | 01/03/2005 | SVSP-04-03198 | 03/30/2005 | 03/09/2005 | DENIED |
| 0407313 | | | | DISCIPLINARY | Prior to subcategory | 01/18/2005 | SVSP-04-04165 | 04/14/2005 | 04/07/2005 | DENIED |
| 0408241 | | | | LIVING CONDITIONS | Prior to subcategory | 02/15/2005 | SVSP-04-04111 | 05/12/2005 | 05/11/2005 | DENIED |
| 0408906 | | | | MEDICAL | Prior to subcategory | 03/07/2005 | SVSP-04-04063 | 06/01/2005 | 05/13/2005 | DENIED |
| 0411599 | | | | PROGRAM | Prior to subcategory | 05/25/2005 | SVSP-05-00312 | 08/19/2005 | 08/10/2005 | DENIED |
| 0411675 | | | | PROPERTY | Prior to subcategory | 05/27/2005 | SVSP-05-00784 | 08/23/2005 | 08/12/2005 | DENIED |
| 0412963 | | | | MEDICAL | Prior to subcategory | 06/30/2005 | SVSP-05-00459 | 09/26/2005 | 09/02/2005 | DENIED |
| 0500445 | | | | MEDICAL | Prior to subcategory | 07/11/2005 | SVSP-05-01527 | 10/04/2005 | 09/06/2005 | DENIED |
| 0500462 | | | | PROPERTY | Prior to subcategory | 07/11/2005 | COR-04-00365 | 10/04/2005 | 10/04/2005 | DENIED |
| 0500830 | | | | WORK INCENTIVE | Prior to subcategory | 07/18/2005 | SVSP-05-01496 | 10/12/2005 | 10/03/2005 | DENIED |
| 0501273 | | | | MEDICAL | Prior to subcategory | 08/01/2005 | SVSP-05-01972 | 10/26/2005 | 11/22/2005 | GRANTED IN PART |
| 0502694 | | | | LIVING CONDITIONS | Prior to subcategory | 09/06/2005 | SVSP-05-02088 | 12/05/2005 | 11/30/2005 | DENIED |
| 0503818 | | | | PROGRAM | Prior to subcategory | 10/05/2005 | SVSP-05-02960 | 01/04/2006 | 01/04/2006 | DENIED |
| 0504071 | | | | MEDICAL | Prior to subcategory | 10/13/2005 | SVSP-05-02301 | 01/11/2006 | 01/11/2006 | DENIED |
| 0504212 | | | | MEDICAL | Prior to subcategory | 10/17/2005 | SVSP-05-02343 | 01/13/2006 | 01/04/2006 | DENIED |
| 0504228 | | | | PROPERTY | Prior to subcategory | 06/26/2006 | SVSP-05-00965 | 09/20/2006 | 09/12/2006 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | | |
|---|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | | | |
| 0505764 | | | MEDICAL | Prior to subcategory | 11/28/2005 | SVSP-05-02972 | 02/27/2006 | 02/08/2006 | DENIED |
| 0508753 | | | FUNDS | Prior to subcategory | 02/07/2006 | SVSP-05-04310 | 05/05/2006 | 05/03/2006 | DENIED |
| 0511362 | | | DISCIPLINARY | Prior to subcategory | 04/10/2006 | SVSP-05-03664 | 07/05/2006 | 06/26/2006 | DENIED |
| 0511374 | | | MEDICAL | Prior to subcategory | 04/10/2006 | SVSP-05-04908 | 07/05/2006 | 06/12/2006 | DENIED |
| 0511803 | | | CASE INFO/RECORDS | Prior to subcategory | 04/18/2006 | SVSP-06-00021 | 07/13/2006 | 06/21/2006 | DENIED |
| 0511962 | | | PROGRAM | Prior to subcategory | 04/20/2006 | SVSP-05-04765 | 07/17/2006 | 06/09/2006 | DENIED |
| 0512112 | | | CUSTODY/CLASS | Prior to subcategory | 04/24/2006 | SVSP-05-03638 | 07/19/2006 | 07/19/2006 | GRANTED IN PART |
| 0513979 | | | DISCIPLINARY | Prior to subcategory | 05/26/2006 | SVSP-05-00297 | 08/22/2006 | 08/15/2006 | GRANTED IN PART |
| 0513980 | | | DISCIPLINARY | Prior to subcategory | 05/26/2006 | SVSP-06-00354 | 08/22/2006 | 08/14/2006 | DENIED |
| 0514955 | | | LIVING CONDITIONS | Prior to subcategory | 06/13/2006 | SVSP-06-00503 | 09/07/2006 | 08/28/2006 | DENIED |
| 0602391 | | | PROPERTY | Prior to subcategory | 08/25/2006 | SVSP-06-01220 | 11/22/2006 | 11/08/2006 | DENIED |
| 0602488 | | | PROGRAM | Prior to subcategory | 08/28/2006 | SVSP-06-02219 | 11/27/2006 | 11/13/2006 | DENIED |
| 0602782 | | | MEDICAL | Prior to subcategory | 09/05/2006 | SVSP-06-01169 | 12/04/2006 | 11/07/2006 | DENIED |
| 0603915 | | | WORK INCENTIVE | Prior to subcategory | 09/28/2006 | SVSP-06-02185 | 12/28/2006 | 12/11/2006 | DENIED |
| 0607088 | | | MEDICAL | Prior to subcategory | 12/15/2006 | SVSP-06-02810 | 03/16/2007 | 02/06/2007 | DENIED |
| 0607772 | | | LIVING CONDITIONS | Prior to subcategory | 01/05/2007 | SVSP-06-03039 | 04/04/2007 | 02/08/2007 | DENIED |
| 0607793 | | | MEDICAL | Prior to subcategory | 11/28/2006 | SVSP-06-02570 | 02/27/2007 | 02/15/2007 | DENIED |
| 0608071 | | | STAFF COMPLAINTS | Prior to subcategory | 01/12/2007 | SVSP-06-02639 | 04/11/2007 | 04/03/2007 | DENIED |
| 0608737 | | | STAFF COMPLAINTS | Prior to subcategory | 01/24/2007 | SVSP-06-03254 | 04/20/2007 | 04/06/2007 | DENIED |
| 0609028 | | | LEGAL | Prior to subcategory | 01/30/2007 | SVSP-07-00098 | 04/26/2007 | 04/10/2007 | DENIED |
| 0609189 | | | MEDICAL | Prior to subcategory | 02/01/2007 | SVSP-06-03573 | 04/30/2007 | 04/16/2007 | DENIED |
| 0609191 | | | MEDICAL | Prior to subcategory | 02/01/2007 | SVSP-06-03339 | 04/30/2007 | 04/16/2007 | DENIED |
| 0611565 | | | MAIL | Prior to subcategory | 03/14/2007 | SVSP-06-03798 | 06/07/2007 | 05/22/2007 | DENIED |
| 0612537 | | | LEGAL | Prior to subcategory | 03/30/2007 | SVSP-06-03698 | 06/25/2007 | 06/19/2007 | DENIED |
| 0613734 | | | DISCIPLINARY | Prior to subcategory | 04/23/2007 | SVSP-06-03423 | 07/18/2007 | 07/18/2007 | DENIED |
| 0613977 | | | SEGREGATION | Prior to subcategory | 04/25/2007 | SVSP-07-01249 | 07/20/2007 | 07/18/2007 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | | | Alerts (Type, Start, End) | | Special Needs | |
|---|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | | | |
| 0615050 | DISCIPLINARY | | Prior to subcategory | 05/16/2007 | | SVSP-07-00442 | 08/10/2007 | 08/21/2007 | DENIED |
| 0615117 | PROGRAM | | Prior to subcategory | 05/16/2007 | | SVSP-07-01132 | 08/10/2007 | 08/06/2007 | DENIED |
| 0615365 | MEDICAL | | Prior to subcategory | 05/22/2007 | | SVSP-07-00720 | 08/16/2007 | 07/12/2007 | DENIED |
| 0615891 | PROPERTY | | Prior to subcategory | 06/01/2007 | | SVSP-07-00401 | 08/27/2007 | 08/21/2007 | DENIED |
| 0616011 | LIVING CONDITIONS | | Prior to subcategory | 06/05/2007 | | SVSP-07-01432 | 08/29/2007 | 08/14/2007 | DENIED |
| 0617025 | SEGREGATION | | ASU Placement | 06/20/2007 | | SVSP-06-03946 | 09/13/2007 | 09/21/2007 | DENIED |
| 0703813 | STAFF COMPLAINTS | | Other | 08/01/2007 | | SVSP-07-01977 | 10/26/2007 | 10/31/2007 | DENIED |
| 0706134 | CUSTODY/CLASS | | Other | 08/22/2007 | | SVSP-07-02490 | 11/16/2007 | 11/24/2007 | DENIED |
| 0706907 | STAFF COMPLAINTS | | Other | 08/30/2007 | | SVSP-07-01812 | 11/28/2007 | 12/12/2007 | DENIED |
| 0708003 | MEDICAL | | Medication | 09/11/2007 | | SVSP-07-02613 | 12/07/2007 | 12/12/2007 | DENIED |
| 0708022 | MEDICAL | | Medication | 09/11/2007 | | SVSP-07-02583 | 12/07/2007 | 12/11/2007 | DENIED |
| 0709030 | MEDICAL | | Access to Care | 09/21/2007 | | SVSP-07-02767 | 12/19/2007 | 12/31/2007 | DENIED |
| 0709591*(Group)LIVING CONDITIONS | | Other | 09/27/2007 | | SVSP-07-03071 | 12/26/2007 | 12/31/2007 | DENIED |
| 9408437 | STAFF COMPLAINTS | | Prior to subcategory | 06/05/1995 | | -94-02043 | 07/07/1995 | 07/28/1995 | DENIED |
| 9500846 | PROPERTY | | Prior to subcategory | 08/04/1995 | | -95-02334 | 09/08/1995 | 09/29/1995 | DENIED |
| 9503345 | STAFF COMPLAINTS | | Prior to subcategory | 11/03/1995 | | -95-02863 | 12/08/1995 | 01/26/1996 | DENIED |
| 9504577 | PROPERTY | | Prior to subcategory | 12/18/1995 | | -95-02511 CAL-95-01478 | 01/19/1996 | 02/23/1996 | DENIED |
| 9505768 | MEDICAL | | Prior to subcategory | 02/02/1996 | | -95-03556 | 03/08/1996 | 03/15/1996 | DENIED |
| 9509899 | STAFF COMPLAINTS | | Prior to subcategory | 06/12/1996 | | -95-00936 COR-95-03800 | 07/12/1996 | 08/16/1996 | DENIED |
| 9601700 | PROPERTY | | Prior to subcategory | 08/16/1996 | | -96-00800 | 09/20/1996 | 11/08/1996 | DENIED |
| 9601808 | WORK INCENTIVE | | Prior to subcategory | 08/20/1996 | | -96-03118 | 09/20/1996 | 11/08/1996 | DENIED |
| 9805508 | PROPERTY | | Prior to subcategory | 01/12/1999 | | SAC-98-01922 NKSP-98-00761 | 04/06/1999 | 05/21/1999 | GRANTED IN PART |
| 9904495 | PROPERTY | | Prior to subcategory | 12/10/1999 | | SAC-99-01971 | 03/03/2000 | 05/09/2000 | DENIED |
| 9904716 | PROPERTY | | Prior to subcategory | 12/21/1999 | | SAC-99-02101 | 03/14/2000 | 07/15/2000 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | |

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 9908786 | PROPERTY | Prior to subcategory | 05/03/2000 | SAC-00-00240 | 07/28/2000 | 12/08/2000 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Reason |
|---|---|---|---|---|---|---|
| 0100799 | LIVING CONDITIONS | Prior to subcategory | 07/08/2002 | SAC-01-00998 | 07/08/2002 | APPEAL HAS BEEN FULLY ADJUDICATED EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC |
| 0106077 | DISCIPLINARY | Prior to subcategory | 03/12/2002 | SAC-01-02180 | 03/12/2002 | MISSING DOCUMENTATION |
| 0105526 | PROPERTY | Prior to subcategory | 10/24/2001 | SAC-01-01477 | 10/24/2001 | MISSING DOCUMENTATION |
| 0103858 | SEGREGATION | Prior to subcategory | 09/12/2001 | SAC-01-00881 | 09/12/2001 | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0103858 | SEGREGATION | Prior to subcategory | 08/13/2001 | SAC-01-00881 | 08/13/2001 | EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC |
| 0106997 | DISCIPLINARY | Prior to subcategory | 07/24/2001 | SAC-01-00973 | 07/24/2001 | RVR ORDERED REISSUED & REHEARD APPEAL REJECTED/WITHDRAWN/CAN |
| 0106997 | DISCIPLINARY | Prior to subcategory | 09/04/2001 | SAC-01-00973 | 09/04/2001 | RVR ORDERED REISSUED & REHEARD APPEAL REJECTED/WITHDRAWN/CAN |
| 0108953 | DISCIPLINARY | Prior to subcategory | 07/24/2001 | SAC-01-01275 | 07/24/2001 | MISSING DOCUMENTATION |
| 0108953 | DISCIPLINARY | Prior to subcategory | 01/24/2002 | SAC-01-01275 | 01/24/2002 | MISSING DOCUMENTATION |
| 0108953 | DISCIPLINARY | Prior to subcategory | 09/04/2001 | SAC-01-01275 | 09/04/2001 | MISSING DOCUMENTATION |
| 0110691 | SEGREGATION | Prior to subcategory | 03/20/2002 | SAC-01-02744 | 03/20/2002 | MISSING DOCUMENTATION |
| 0200331 | DISCIPLINARY | Prior to subcategory | 06/25/2002 | SAC-02-01211 | 06/25/2002 | MISSING DOCUMENTATION |
| 0205672 | FUNDS | Prior to subcategory | 08/26/2002 | SAC-02-00907 | 08/26/2002 | APPEALING ACTION/DECISION NOT YET |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | |

| | | | | | |
|---|---|---|---|---|---|
| 0205672 | FUNDS | Prior to subcategory | 04/29/2003 | SAC-02-00907 | 04/29/2003 OCCURRED |
| 0210776 | LIVING CONDITIONS | Prior to subcategory | 07/18/2003 | COR-02-03880 | 07/18/2003 APPEAL HAS BEEN FULLY ADJUDICATED |
| 0302143 | PROPERTY | Prior to subcategory | 07/21/2003 | COR-03-00491 | 07/21/2003 EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC |
| 0302143 | PROPERTY | Prior to subcategory | 05/14/2003 | COR-03-00491 | 05/14/2003 |
| 0402031 | LIVING CONDITIONS | Prior to subcategory | 08/10/2004 | SVSP-03-04374 | 08/10/2004 APPEAL RECEIVED AND IN PROCESS IN IAB |
| 0402031 | LIVING CONDITIONS | Prior to subcategory | 06/14/2004 | SVSP-03-04374 | 06/14/2004 MISSING DOCUMENTATION |
| 0501273 | MEDICAL | Prior to subcategory | 03/22/2006 | SVSP-05-01972 | 03/22/2006 APPEAL HAS BEEN FULLY ADJUDICATED |
| 0504228 | PROPERTY | Prior to subcategory | 09/22/2005 | SVSP-05-00965 | 09/22/2005 APPEAL RECEIVED AND IN PROCESS IN IAB |
| 0504228 | PROPERTY | Prior to subcategory | 04/12/2006 | SVSP-05-00965 | 04/12/2006 APPEAL HAS BEEN FULLY ADJUDICATED |
| 0504228 | PROPERTY | Prior to subcategory | 03/22/2006 | SVSP-05-00965 | 03/22/2006 APPEAL HAS BEEN FULLY ADJUDICATED |
| 0511374 | MEDICAL | Prior to subcategory | 07/26/2006 | SVSP-05-04908 | 07/26/2006 MISSING DOCUMENTATION ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 0613734 | DISCIPLINARY | Prior to subcategory | 01/08/2007 | SVSP-06-03423 | 01/08/2007 MISSING DOCUMENTATION CORRESPONDENCE LETTER TO INMATE |
| 0708606 | SEGREGATION | | 09/20/2007 | | 10/23/2007 BEST ADDRESSED BY FILING CDC FORM 602 |
| 0708619 | DISCIPLINARY | | 09/20/2007 | SVSP-07-02525 | 10/23/2007 RVR ORDERED REISSUED & REHEARD |

Inmate Appeals Branch

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | |
| 5006788 | OTHER | | | Prior to subcategory | 06/07/2005 | SVSP-05-00202 | 06/07/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5007320 | PROPERTY | | | Prior to subcategory | 06/03/2005 | SVSP-05-00202 | 06/03/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5010377 | OTHER | | | Prior to subcategory | 07/27/2005 | | 07/27/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5010612 | DISCIPLINARY | | | Prior to subcategory | 08/18/2005 | | 08/18/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5010799 | OTHER | | | Prior to subcategory | 08/19/2005 | | 08/19/2005 | BEST ADDRESSED BY FILING CDC FORM 602 |
| 5013098 | CUSTODY/CLASS | | | Prior to subcategory | 10/17/2005 | SVSP-D-05-02104 | 10/17/2005 | APPEAL GRANTED AT INSTITUTIONAL LEVEL |
| 5015808 | MEDICAL | | | Prior to subcategory | 12/07/2005 | | 12/07/2005 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5018153 | OTHER | | | Prior to subcategory | 02/07/2006 | | 02/07/2006 | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5019190 | DISCIPLINARY | | | Prior to subcategory | 02/23/2006 | SVSP-05-03747 | 02/23/2006 | MISSING DOCUMENTATION |
| 5019190 | DISCIPLINARY | | | Prior to subcategory | 05/15/2006 | SVSP-05-03747 | 05/15/2006 | MISSING DOCUMENTATION |
| 5020332 | DISCIPLINARY | | | Prior to subcategory | 04/13/2006 | SVSP-06-00284 | 04/13/2006 | RVR ORDERED REISSUED & REHEARD |
| 5021203 | PROPERTY | | | Prior to subcategory | 05/08/2006 | | 05/08/2006 | ONLY ORIGINAL APPEAL ACCEPTED AT DL REVIEW |
| 5021251 | DISCIPLINARY | | | Prior to subcategory | 02/21/2007 | SVSP-06-00380 | 02/21/2007 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5021251 | DISCIPLINARY | | | Prior to subcategory | 04/14/2006 | SVSP-06-00380 | 04/14/2006 | RVR ORDERED REISSUED & REHEARD |
| 5021251 | DISCIPLINARY | | | Prior to subcategory | 10/04/2006 | SVSP-06-00380 | 10/04/2006 | RVR ORDERED REISSUED & REHEARD |
| 5025262 | DISCIPLINARY | | | Prior to subcategory | 07/26/2006 | SVSP-06-01470 | 07/26/2006 | RVR ORDERED REISSUED & REHEARD |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs |
|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | |

| CDCR Number | | | | | |
|---|---|---|---|---|---|
| 5025263 | OTHER | Prior to subcategory | 07/26/2006 | 07/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5025264 | OTHER | Prior to subcategory | 07/26/2006 | 07/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5025265 | OTHER | Prior to subcategory | 07/26/2006 | 07/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5025541 | STAFF COMPLAINTS | Prior to subcategory | 07/31/2006 | 07/31/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5025749 | DISCIPLINARY | Prior to subcategory | 07/26/2006 | 07/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL ONLY ORIGINAL APPEAL, ACCEPTED AT DL REVIEW |
| 5025750 | OTHER | Prior to subcategory | 07/26/2006 | 07/26/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5027055 | CUSTODY/CLASS | Prior to subcategory | 09/05/2006 | 09/05/2006 | APPEAL GRANTED AT INSTITUTIONAL LEVEL |
| 5030775 | MEDICAL | Prior to subcategory | 12/05/2006 | 12/05/2006 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5035201 | SEGREGATION | Prior to subcategory | 02/26/2007 | 02/26/2007 | MISSING DOCUMENTATION |
| 5036725 | DISCIPLINARY | Prior to subcategory | 03/22/2007 | 03/22/2007 | SVSP-07-00349 |
| 5039987 | SEGREGATION | Prior to subcategory | 03/12/2002 | 03/12/2002 | SAC-01-2305 APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5039987 | SEGREGATION | Prior to subcategory | 07/29/2002 | 07/29/2002 | SAC-01-2305 APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5039987 | SEGREGATION | Prior to subcategory | 12/31/2001 | 12/31/2001 | SAC-01-00825 MISSING DOCUMENTATION |
| 5051303 | DISCIPLINARY | Prior to subcategory | 07/24/2001 | 07/24/2001 | APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | | |
| 5051304 | DISCIPLINARY | Prior to subcategory | 07/24/2001 | SAC-01-308 | 07/24/2001 | | EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC 2ND LEVEL REVIEW FINAL | |
| 5051305 | DISCIPLINARY | Prior to subcategory | 07/24/2001 | SAC-01-00995 | 07/24/2001 | | EXHAUSTED ADMINISTRATIVE REMEDY THRU CDC 2ND LEVEL REVIEW FINAL | |
| 5054667 | SEGREGATION | Prior to subcategory | 10/12/2001 | SAC-01-01290 | 10/12/2001 | | APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN | |
| 5055819 | OTHER | Prior to subcategory | 11/26/2001 | -Various | 11/26/2001 | | APPEAL RECEIVED AND IN PROCESS IN IAB | |
| 5058002 | CASE INFO/RECORDS | Prior to subcategory | 02/13/2002 | SAC-01-02615 | 02/13/2002 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS | |
| 5058419 | OTHER | Prior to subcategory | 01/29/2002 | -Various | 01/29/2002 | | APPEAL RECEIVED AND IN PROCESS IN IAB | |
| 5063796 | DISCIPLINARY | Prior to subcategory | 07/05/2002 | sac-02--1146 | 07/05/2002 | | MISSING DOCUMENTATION | |
| 5064836 | SEGREGATION | Prior to subcategory | 07/29/2002 | SAC-02-1270 | 07/29/2002 | | MISSING DOCUMENTATION | |
| 5065417 | OTHER | Prior to subcategory | 08/20/2002 | | 08/20/2002 | | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL | |
| 5072983 | DISCIPLINARY | Prior to subcategory | 02/19/2003 | COR-02-04226 | 02/19/2003 | | | |
| 5074777 | OTHER | Prior to subcategory | 04/04/2003 | COR-02-04199 | 04/04/2003 | | | |
| 5074983 | CASE INFO/RECORDS | Prior to subcategory | 06/30/2003 | COR-02-04199 | 06/30/2003 | | | |
| 5074983 | CASE INFO/RECORDS | Prior to subcategory | 06/06/2003 | COR-02-04199 | 06/06/2003 | | IMPROPERLY REJECTED OR OVERDUE | |
| 5074983 | CASE INFO/RECORDS | Prior to subcategory | 04/11/2003 | COR-02-04199 | 04/11/2003 | | | |
| 5077918 | OTHER | Prior to subcategory | 06/23/2003 | | 06/23/2003 | | MUST BE COMPLETED THROUGH 2ND LEVEL | |
| 5079034 | OTHER | Prior to subcategory | 07/18/2003 | COR-02-04199 | 07/18/2003 | | IMPROPERLY REJECTED OR | |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

01/02/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs | | |
|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | | | |
| 5079164 | | OTHER | Prior to subcategory | 07/21/2003 | COR-03-02520 | 07/21/2003 | OVERDUE |
| 5086316 | | DISCIPLINARY | Prior to subcategory | 12/18/2003 | COR-03-02520 | 12/18/2003 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5086316 | | DISCIPLINARY | Prior to subcategory | 06/14/2004 | COR-03-02520 | 06/14/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5086316 | | DISCIPLINARY | Prior to subcategory | 02/26/2004 | COR-03-02520 | 02/26/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5086601 | | DISCIPLINARY | Prior to subcategory | 12/18/2003 | COR-03-03036 | 12/18/2003 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5086601 | | DISCIPLINARY | Prior to subcategory | 06/14/2004 | COR-03-03036 | 06/14/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5088019 | | DISCIPLINARY | Prior to subcategory | 01/26/2004 | COR-3-3036 | 01/26/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5089621 | | OTHER | Prior to subcategory | 02/26/2004 | | 02/26/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5090743 | | FUNDS | Prior to subcategory | 06/14/2004 | COR-03-00489 | 06/14/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5090743 | | FUNDS | Prior to subcategory | 03/22/2004 | COR-03-00489 | 03/22/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5091948 | | MAIL | Prior to subcategory | 04/15/2004 | SVSP-D-03-4199 | 04/15/2004 | MISSING DOCUMENTATION |
| 5092226 | | LIVING CONDITIONS | Prior to subcategory | 04/12/2004 | SVSP-D-03-4374 | 04/12/2004 | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5094952 | | OTHER | Prior to subcategory | 06/14/2004 | | 06/14/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5097776 | | OTHER | Prior to subcategory | 08/04/2004 | SVSP-03-03145 | 08/04/2004 | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |
| 5098557 | | CASE INFO/RECORDS | Prior to subcategory | 08/20/2004 | SVSP-D-04-00829 | 08/20/2004 | MISSING DOCUMENTATION |

Page: 11

Inmate Appeals Branch

01/02/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| E37508 | HOLLIS, MARVIN | HDSP | 10/23/2007 | | |
| 5101136 | OTHER | | | Prior to subcategory 10/19/2004   10/19/2004 | MUST BE COMPLETED THROUGH 2ND LEVEL |

Page: 12