# EXHIBIT A

01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate / Parolee Appeals Tracking System - Level I & II**

**Statistic Sheet**

Log Number: HDSP-D-07-04191    Area Of Origin: HDSP-D    Last Name: HOLLIS    First Name: MARVIN    CDC Number: E37508

Housing At Time Of Appeal: FDB8T1000000131L
Current Housing: FDB8T1000000131L    Issue: DISCIPLINARY    Issue Subcategory: Division A-1

Group Appeal:

**Inmate Information**

Special Needs:    Appeal Abuse: NO    Appeal Abuse Unit:    Appeal Flag: NO    Appeal Flag Until:

Other Log Numbers:

**Appeal History**

| Log Number | Issue | L1 Received | L1 Due | L1 Completed | L1 Disposition | L2 Received | L2 Due | L2 Completed | L2 Disposition |
|---|---|---|---|---|---|---|---|---|---|
| HDSP-D- | PROPERTY | | | | | | | | |
| HDSP-D- | LEGAL | | | | | | | | |
| HDSP-S- | | | | | | | | | |
| HDSP-D-07-04057 | LIVING CONDITIONS | 12/14/2007 | 01/30/2008 | | | | | | |
| HDSP-D- | MEDICAL | | | | | | | | |
| HDSP-D- | MEDICAL | | | | | | | | |
| HDSP-C-07-03892 | STAFF COMPLAINTS | 11/27/2007 | 01/10/2008 | 12/31/2007 | GRANTED | | | | |
| HDSP-C-07-03861 | PROPERTY | 11/21/2007 | 01/08/2008 | | | | | | |
| HDSP-C- | PROPERTY | | | | | | | | |
| HDSP-Z- | CUSTODY/CLASS. | | | | | | | | |
| HDSP-D- | MEDICAL | | | | | | | | |
| HDSP-S-07-03793 | MEDICAL | 11/14/2007 | 12/31/2007 | 12/27/2007 | GRANTED | | | | |
| HDSP-S-07-04164 | LEGAL | 12/24/2007 | 02/07/2008 | | | | | | |
| HDSP-C- | PROPERTY | | | | | | | | |
| HDSP-C-07-03973 | MEDICAL | 12/04/2007 | 01/17/2008 | | | | | | |
| HDSP-C-07-03656 | LIVING CONDITIONS | 10/30/2007 | 12/14/2007 | 12/13/2007 | CANCELLED | | | | |

**Screen Outs**

| Level | Received | Screened Out | Reason | Note |
|---|---|---|---|---|

JAN-02-2008 WED 10:00 AM HDSP HU INMATE APPEALS    FAX NO. 530 252 7003    P. 01

01/02/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate / Parolee Appeals Tracking System - Level I & II

**Statistic Sheet**

**Informal Level**
-- Assignments --

| Received: | Due: | Assigned | Completed: | Assigned To | Disposition: | Replied |
|-----------|------|----------|------------|-------------|--------------|---------|

**Level I**
-- Assignments --

| Received: 12/31/2007 | Due: 02/14/2008 | Assigned 12/31/2007 | Completed: | Assigned To CCII S. CHAPMAN | Disposition: | Replied |
|----------------------|-----------------|---------------------|------------|-----------------------------|--------------|---------|

**Level II**
-- Assignments --

| Received: | Due: | Assigned | Completed: | Assigned To | Disposition: | Replied |
|-----------|------|----------|------------|-------------|--------------|---------|

**Level III**

| Completed: | Disposition: |
|------------|--------------|

JAN-02-2008 WED 10:01 AM HDSP INMATE APPEALS    FAX NO. 530 252 7003    P. 02

01/02/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate / Parolee Appeals Tracking System - Level I & II

### Statistic Sheet

| Last Name | First Name | Staff Involved | Job Classification | Resolution |
|---|---|---|---|---|

**Investigation Type:**

| Level | Modification Order Type | Assigned To | Modification Orders | | |
|---|---|---|---|---|---|
| | | | Sent | Due | Completed | Grant Reason |

**Administrative / Serious:** SERIOUS

**115 Log Number:** FC-07-11-0007

### 115 Information

Hearing Officer: GRIFFITH, LT.     Discovery: 11/08/2007

### Reimbursement

**Cash Award:**     **Amount Awarded:**     Reimbursement With Like Item(s):

**Factor:**     Inmate Signed Waiver:

**Comment:**

### Comment

12-31-07- IM requests for RVR #FC-07-11-0007 to be dismissed in the interest of justice or ordered reissued/reheard pursuant o CCR 3084.5. He wants to be allowed his requested evidence, witnesses, 115-X, and a fair and impartial hearing. He wants this filed as a complaint against G.Brackett, C/O Pribble, & Lt.Griffith.

Not accepted as a S/C

JAN-02-2008 WED 10:01 AM HDSP INMATE APPEALS     FAX NO. 530 252 7003     P. 03

Salinas Valley State Prison

01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | | Log Number | Group Appeal |
|---|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 8 | PROPERTY | | SVSP-D-03-03156 | |
| | Informal Review: | Received: 08/12/2003 | Due: | Completed: 09/19/2003 | Disposition: GRANTED IN PART | |
| | Level I Review: | Received: 08/12/2003 | Due: 11/06/2003 | Completed: 11/06/2003 | Disposition: GRANTED IN PART | |
| | Level II Review: | Received: 08/12/2003 | Due: 02/23/2004 | Completed: 02/27/2004 | Disposition: WITHDRAWN | |
| | Level III Review: | | | | | |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | | SVSP-D-03-03145 | |
| | Informal Review: | Received: 09/23/2003 | Due: | Completed: 11/04/2003 | Disposition: BYPASSED | |
| | Level I Review: | Received: 09/23/2003 | Due: 11/05/2003 | Completed: 11/04/2003 | Disposition: BYPASSED | |
| | Level II Review: | Received: 09/23/2003 | Due: 12/04/2003 | Completed: 11/04/2003 | Disposition: GRANTED IN PART | |
| | Level III Review: | | | | | |
| E37508 | HOLLIS, M | FAC. D 8 | LIVING CONDITIONS | | SVSP-D-03-03555 | |
| | Informal Review: | Received: 09/29/2003 | Due: | Completed: 10/17/2003 | Disposition: DENIED | |
| | Level I Review: | Received: 09/29/2003 | Due: 12/05/2003 | Completed: 12/05/2003 | Disposition: DENIED | |
| | Level II Review: | Received: 09/29/2003 | Due: 01/14/2004 | Completed: 01/09/2004 | Disposition: GRANTED | |
| | Level III Review: | | | Completed: 05/12/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | PROGRAM | | SVSP-D-03-03482 | |
| | Level I Review: | Received: 10/17/2003 | Due: 12/02/2003 | Completed: 11/14/2003 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | | SVSP-D-04-00153 | |
| | Informal Review: | Received: 10/22/2003 | Due: | Completed: 11/26/2003 | Disposition: GRANTED IN PART | |
| | Level I Review: | Received: 10/22/2003 | Due: 03/01/2004 | Completed: 03/12/2004 | Disposition: GRANTED IN PART | |
| | Level II Review: | Received: 10/22/2003 | Due: 04/19/2004 | Completed: 05/03/2004 | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 08/06/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | MAIL | | SVSP-D-03-04199 | |
| | Informal Review: | Received: 11/20/2003 | Due: | Completed: 12/09/2003 | Disposition: GRANTED IN PART | |
| | Level I Review: | Received: 11/20/2003 | Due: 01/30/2004 | Completed: 01/30/2004 | Disposition: DENIED | |
| | Level II Review: | Received: 11/20/2003 | Due: 03/08/2004 | Completed: 03/01/2004 | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 09/09/2004 | Disposition: DENIED | |

**Salinas Valley State Prison**

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

## Appeal Listing

**Sorted By: CDC Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 8 | LEGAL | SVSP-D-03-04142 | |
| Informal Review: | Received: 12/04/2003 | Due: | Completed: 12/12/2003 | Disposition: DENIED | |
| Level I Review: | Received: 12/04/2003 | Due: 01/30/2004 | Completed: 12/16/2003 | Disposition: GRANTED | |
| E37508 | HOLLIS, M | FAC. D 8 | MAIL | SVSP-D- | |
| Informal Review: | Received: 12/15/2003 | Due: | Completed: 01/08/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | SVSP-D-04-00604 | |
| Informal Review: | Received: 12/18/2003 | Due: | Completed: 01/16/2004 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 12/18/2003 | Due: 03/23/2004 | Completed: 03/26/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 04/05/2004 | Due: 05/03/2004 | Completed: 06/02/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 09/08/2004 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 8 | LIVING CONDITIONS | SVSP-D-03-04374 | |
| Level I Review: | Received: 12/24/2003 | Due: 02/09/2004 | Completed: 01/22/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 12/24/2003 | Due: 03/08/2004 | Completed: 03/04/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 11/08/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | WORK INCENTIVE | SVSP-D-04-00838 | |
| Informal Review: | Received: 01/06/2004 | Due: | Completed: 02/20/2004 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 01/06/2004 | Due: 04/26/2004 | Completed: 04/20/2004 | Disposition: BYPASSED | |
| Level II Review: | Received: 03/12/2004 | Due: 04/26/2004 | Completed: 04/23/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 09/20/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | LEGAL | SVSP-D- | |
| Informal Review: | Received: 01/12/2004 | Due: | Completed: 02/06/2004 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 8 | CASE INFO./RECORDS | SVSP-D-04-00829 | |
| Informal Review: | Received: 01/12/2004 | Due: | Completed: 03/19/2004 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 01/12/2004 | Due: 04/13/2004 | Completed: 03/19/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 04/19/2004 | Due: 05/17/2004 | Completed: 05/28/2004 | Disposition: GRANTED IN PART | |

Selinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

01/02/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | | | | |
| Level III Review: | | | Completed: 01/11/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 8 | LIVING CONDITIONS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | LIVING CONDITIONS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | STAFF COMPLAINTS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | MAIL | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | LIVING CONDITIONS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | LIVING CONDITIONS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | PROGRAM | SVSP-D- | |
| E37508 | HOLLIS, M | CSP/CORCORAN | MEDICAL | SVSP-I- | |
| E37508 | HOLLIS, M | D YARD | MEDICAL | SVSP-D-04-02565 | |
| Informal Review: | | Received: 05/10/2004 | Due: 05/24/2004 | Completed: 06/25/2004 | Disposition: GRANTED IN PART |
| Level I Review: | | Received: 05/10/2004 | Due: 06/22/2004 | Completed: 06/25/2004 | Disposition: GRANTED IN PART |
| Level II Review: | | Received: 07/07/2004 | Due: 08/18/2004 | Completed: 08/20/2004 | Disposition: GRANTED IN PART |
| Level III Review: | | Received: 09/07/2004 | Due: 10/05/2004 | Completed: 10/01/2004 | Disposition: GRANTED IN PART |
| E37508 | HOLLIS, M | D YARD | LEGAL | SVSP-D-01723 | |
| Level III Review: | | | Completed: 01/05/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | D YARD | MEDICAL | SVSP-D- | |
| Level III Review: | | | Completed: 12/03/2004 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 5 | DISCIPLINARY | SVSP-D-04-02896 | |
| Level I Review: | | Received: 07/22/2004 | Due: 08/19/2004 | Completed: 08/06/2004 | Disposition: GRANTED IN PART |
| Level II Review: | | Received: 08/02/2004 | Due: 09/14/2004 | Completed: 09/08/2004 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 5 | PROPERTY | SVSP-D- | |
| Level III Review: | | | Completed: 01/10/2005 | Disposition: DENIED | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

01/02/2006

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | | | | |
| Informal Review: | Received: 08/06/2004 | Due: 08/20/2004 | Completed: 12/03/2004 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 5 | LEGAL | SVSP-D- | |
| Informal Review: | Received: 07/28/2004 | Due: 08/11/2004 | Completed: 09/16/2004 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 5 | MEDICAL | SVSP-D-04-04063 | |
| Level I Review: | Received: 10/27/2004 | Due: 12/13/2004 | Completed: 12/16/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 01/04/2005 | Due: 02/02/2005 | Completed: 02/04/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 5 | | | |
| Level III Review: | | | Completed: 05/13/2005 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 5 | PROGRAM | SVSP-D- | |
| E37508 | HOLLIS, M | D YARD | MAIL | SVSP-D- | |
| E37508 | HOLLIS, M | CTC | MEDICAL | SVSP-D-04-03114 | |
| Level I Review: | Received: 08/19/2004 | Due: 10/01/2004 | Completed: 10/15/2004 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 5 | PROGRAM | SVSP-D-04-03198 | |
| Level I Review: | Received: 08/26/2004 | Due: 10/08/2004 | Completed: 10/08/2004 | Disposition: GRANTED | |
| Level II Review: | Received: 11/09/2004 | Due: 12/10/2004 | Completed: 11/24/2004 | Disposition: DENIED | |
| Level III Review: | | | Completed: 03/09/2005 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 5 | PROGRAM | SVSP-D-04-03300 | |
| Level I Review: | Received: 09/01/2004 | Due: 10/15/2004 | Completed: 10/19/2004 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 10/27/2004 | Due: 11/29/2004 | Completed: 11/24/2004 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 02/15/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 5 | LIVING CONDITIONS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 5 | PROGRAM | SVSP-D-04-03449 | |
| Level I Review: | Received: 09/18/2004 | Due: 10/29/2004 | Completed: 10/15/2004 | Disposition: DENIED | |
| Level II Review: | Received: 10/26/2004 | Due: 11/24/2004 | Completed: 11/24/2004 | Disposition: DENIED | |
| Level III Review: | | | Completed: 02/24/2005 | Disposition: DENIED | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

01/02/2008

## Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 1 | PROPERTY | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 1 | LIVING CONDITIONS | SVSP-D-04-04111 | |
| E37508 | HOLLIS, M | FAC. D 8 | CASE INFO./RECORDS | SVSP-D-04-04521 | |
| E37508 | HOLLIS, M | D YARD | PROPERTY | SVSP-D-05-00202 | |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D-04-04165 | |
| E37508 | HOLLIS, M | FAC. D 8 | MAIL | SVSP-D-04-04642 | |
| E37508 | HOLLIS, M | FAC. D 6 | PROPERTY | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 6 | WORK INCENTIVE | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 6 | PROPERTY | SVSP-D-05-00965 | |

**Review detail**

| Issue / Log | Review | Received | Due | Completed | Disposition |
|---|---|---|---|---|---|
| LIVING CONDITIONS — SVSP-D-04-04111 | Level I Review: | 10/29/2004 | 12/15/2004 | 12/17/2004 | DENIED |
| | Level II Review: | 12/24/2004 | 01/24/2005 | 02/03/2005 | DENIED |
| | Level III Review: | | | 05/11/2005 | DENIED |
| CASE INFO./RECORDS — SVSP-D-04-04521 | Informal Review: | 10/25/2004 | 11/08/2004 | 11/12/2004 | GRANTED |
| | Level I Review: | 11/29/2004 | 01/10/2005 | 12/23/2004 | GRANTED |
| | Level II Review: | 12/31/2004 | 01/31/2005 | 01/28/2005 | WITHDRAWN |
| PROPERTY — SVSP-D-05-00202 | Informal Review: | 10/29/2004 | 11/15/2004 | 12/23/2004 | DENIED |
| | Level I Review: | 01/14/2005 | 03/01/2005 | 02/11/2005 | GRANTED |
| DISCIPLINARY — SVSP-D-04-04165 | Level II Review: | 12/31/2004 | 01/31/2005 | 01/28/2005 | DENIED |
| | Level III Review: | 11/03/2004 | 12/20/2004 | 04/07/2005 | DENIED |
| MAIL — SVSP-D-04-04642 | Informal Review: | 11/30/2004 | 12/14/2004 | 12/03/2004 | DENIED |
| PROPERTY — SVSP-D- | Level I Review: | 12/10/2004 | 12/24/2004 | 12/24/2004 | DENIED |
| WORK INCENTIVE — SVSP-D- | Level II Review: | 12/10/2004 | 01/24/2005 | 01/28/2005 | GRANTED IN PART |
| PROPERTY — SVSP-D-05-00965 | Level II Review: | 04/21/2005 | 05/19/2005 | 05/19/2005 | SCREENED OUT |

**Salinas Valley State Prison**

01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Review | Received | Due | Completed | Disposition | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, M | Informal Review: | 01/06/2005 | 01/21/2005 | 01/21/2005 | DENIED | FAC. D 6 | LEGAL | SVSP-D- | |
| | | Level I Review: | 03/01/2005 | 04/13/2005 | 04/13/2005 | DENIED | | | | |
| | | Level II Review: | 05/23/2005 | 06/21/2005 | 12/16/2005 | DENIED | | | | |
| E37508 | HOLLIS, M | Informal Review: | 01/18/2005 | 02/01/2005 | 02/10/2005 | DENIED | FAC. D 7 | PROPERTY | SVSP-D-05-00784 | |
| | | Level I Review: | 02/16/2005 | 04/01/2005 | 03/11/2005 | DENIED | | | | |
| | | Level II Review: | 03/24/2005 | 04/22/2005 | 05/13/2005 | DENIED | | | | |
| | | Level III Review: | | | 08/12/2005 | DENIED | | | | |
| E37508 | HOLLIS, M | Level I Review: | 01/25/2005 | 03/09/2005 | 03/11/2005 | DENIED | FAC. D 7 | PROGRAM | SVSP-D-05-003312 | |
| | | Level II Review: | 03/24/2005 | 04/22/2005 | 04/22/2005 | GRANTED IN PART | | | | |
| | | Level III Review: | | | 08/10/2005 | DENIED | | | | |
| E37508 | HOLLIS, M | Level I Review: | 02/02/2005 | 03/17/2005 | 03/22/2005 | GRANTED IN PART | FAC. D 5 | MEDICAL | SVSP-D-05-00459 | |
| | | Level II Review: | 04/07/2005 | 05/05/2005 | 06/09/2005 | GRANTED IN PART | | | | |
| | | Level III Review: | | | 09/02/2005 | DENIED | | | | |
| E37508 | HOLLIS, M | Informal Review: | 02/14/2005 | 03/01/2005 | 03/11/2005 | GRANTED | FAC. D 5 | WORK INCENTIVE | SVSP-D-05-01496 | |
| | | Level I Review: | 04/11/2005 | 05/23/2005 | 05/12/2005 | GRANTED | | | | |
| | | Level II Review: | 06/06/2005 | 07/05/2005 | 06/29/2005 | DENIED | | | | |
| | | Level III Review: | | | 10/03/2005 | DENIED | | | | |
| E37508 | HOLLIS, M | Informal Review: | 03/02/2005 | 03/16/2005 | 03/25/2005 | GRANTED IN PART | FAC. D 5 | MEDICAL | SVSP-D- | |

01/02/2008 10:13  FAX 8316785539      INMATE APPEALS                                      07

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 5 | WORK INCENTIVE | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. C 8 | WORK INCENTIVE | SVSP-C- | |
| Informal Review: Received: 04/07/2005 | | Due: 04/21/2005 | Completed: 04/29/2005 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. C 8 | MEDICAL | SVSP-C-05-01527 | |
| Level I Review: Received: 04/14/2005 | | Due: 05/26/2005 | Completed: 05/10/2005 | Disposition: DENIED | |
| Level II Review: Received: 06/03/2005 | | Due: 07/01/2005 | Completed: 06/30/2005 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 09/06/2005 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. C 8 | PROGRAM | SVSP-C- | |
| E37508 | HOLLIS, M | FAC. C 8 | MAIL | SVSP-C-05-02057 | |
| Informal Review: Received: 05/05/2005 | | Due: 05/19/2005 | Completed: 05/20/2005 | Disposition: DENIED | |
| Level I Review: Received: 05/25/2005 | | Due: 07/08/2005 | Completed: 07/07/2005 | Disposition: GRANTED | |
| E37508 | HOLLIS, M | FAC. C 8 | PROGRAM | SVSP-C-05-01812 | |
| Level I Review: Received: 05/06/2005 | | Due: 06/20/2005 | Completed: 05/27/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 7 | MEDICAL | SVSP-D- | |
| Informal Review: Received: 05/09/2005 | | Due: 05/23/2005 | Completed: 06/09/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. C 8 | LIVING CONDITIONS | SVSP-C-05-02088 | |
| Level I Review: Received: 05/26/2005 | | Due: 07/11/2005 | Completed: 07/01/2005 | Disposition: DENIED | |
| Level II Review: Received: 07/06/2005 | | Due: 08/03/2005 | Completed: 08/05/2005 | Disposition: DENIED | |
| Level III Review: | | | Completed: 11/30/2005 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 7 | WORK INCENTIVE | SVSP-D- | |
| Informal Review: Received: 05/25/2005 | | Due: 06/09/2005 | Completed: 06/09/2005 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 7 | MEDICAL | SVSP-D-05-02301 | |
| Level I Review: Received: 06/13/2005 | | Due: 07/26/2005 | Completed: 07/28/2005 | Disposition: GRANTED IN PART | |
| Level II Review: Received: 08/10/2005 | | Due: 09/08/2005 | Completed: 08/30/2005 | Disposition: GRANTED IN PART | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

01/02/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 7 | PROGRAM | SVSP-D- | |
| | Level III Review: Completed: 01/11/2006 Disposition: DENIED | | | | |
| E37508 | HOLLIS, M | D YARD | MEDICAL | SVSP-D-05-02343 | |
| | Informal Review: Received: 05/26/2005 Due: 06/10/2005 Completed: 08/09/2005 Disposition: GRANTED IN PART | | | | |
| | Level I Review: Received: 06/17/2005 Due: 08/01/2005 Completed: 08/05/2005 Disposition: GRANTED IN PART | | | | |
| | Level II Review: Received: 08/26/2005 Due: 09/26/2005 Completed: 09/30/2005 Disposition: GRANTED IN PART | | | | |
| | Level III Review: Completed: 01/04/2006 Disposition: DENIED | | | | |
| E37508 | HOLLIS, M | FAC. D 7 | MEDICAL | SVSP-D-05-01972 | |
| | Level I Review: Received: 05/18/2005 Due: 06/30/2005 Completed: 06/16/2005 Disposition: GRANTED IN PART | | | | |
| | Level II Review: Received: 06/20/2005 Due: 07/19/2005 Completed: 07/25/2005 Disposition: DENIED | | | | |
| | Level III Review: Completed: 11/22/2005 Disposition: GRANTED IN PART | | | | |
| E37508 | HOLLIS, M | FAC. D 7 | CUSTODY/CLASS. | SVSP-D-05-02104 | |
| | Level I Review: Received: 05/27/2005 Due: 07/11/2005 Completed: 07/01/2005 Disposition: GRANTED | | | | |
| | Level II Review: Received: 08/08/2005 Due: 09/06/2005 Completed: 09/30/2005 Disposition: GRANTED | | | | |
| E37508 | HOLLIS, M | FAC. D 7 | PROGRAM | SVSP-D- | |
| | Level I Review: Received: 06/22/2005 Due: 08/04/2005 Completed: 07/28/2005 Disposition: GRANTED | | | | |
| E37508 | HOLLIS, M | D9 AD-SEG | CASE INFO./RECORDS | SVSP-D-05-02405 | |
| | Level I Review: Received: 08/04/2005 Due: 09/01/2005 Completed: 09/21/2005 Disposition: GRANTED | | | | |
| E37508 | HOLLIS, M | FAC. D 1 | LIVING CONDITIONS | SVSP-D- | |
| | Level I Review: Received: 08/04/2005 Due: 09/01/2005 Completed: 09/21/2005 Disposition: GRANTED | | | | |
| E37508 | HOLLIS, M | FAC. D 1 | PROGRAM | SVSP-D-02960 | |
| | Informal Review: Received: 07/15/2005 Due: 07/29/2005 Completed: 08/02/2005 Disposition: DENIED | | | | |
| | Level I Review: Received: 08/04/2005 Due: 09/16/2005 Completed: 08/19/2005 Disposition: BYPASSED | | | | |
| | Level II Review: Received: 08/19/2005 Due: 09/19/2005 Completed: 09/06/2005 Disposition: GRANTED IN PART | | | | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

01/02/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Review | Received | Due | Completed | Disposition | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, M | D YARD | Level III Review: | | | 01/04/2006 | DENIED | MEDICAL | SVSP-D-05-02972 | |
| E37508 | HOLLIS, M | FAC. D 1 | Informal Review: | 07/19/2005 | 08/02/2005 | 08/05/2005 | DENIED | LEGAL | SVSP-D- | |
| | | | Level I Review: | 08/09/2005 | 09/21/2005 | 09/30/2005 | GRANTED IN PART | | | |
| | | | Level II Review: | 10/13/2005 | 11/10/2005 | 11/18/2005 | GRANTED IN PART | | | |
| | | | Level III Review: | | | 02/08/2006 | DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 1 | Level II Review: | | | 12/08/2005 | DENIED | DISCIPLINARY | SVSP-D- | |
| | | | Level III Review: | | | 01/06/2006 | DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 1 | Level II Review: | | | 11/10/2005 | GRANTED IN PART | DISCIPLINARY | SVSP-D- | |
| | | | Level III Review: | | | 02/08/2006 | DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 1 | Level III Review: | | | 07/19/2006 | GRANTED IN PART | MEDICAL | SVSP-D-05-03638 | |
| E37508 | HOLLIS, M | FAC. D 1 | Informal Review: | 08/26/2005 | 09/12/2005 | 09/23/2005 | GRANTED | CUSTODY/CLASS. | | |
| | | | Level I Review: | 09/27/2005 | 11/09/2005 | 11/10/2005 | GRANTED IN PART | | | |
| | | | Level II Review: | 01/11/2006 | 02/09/2006 | 02/08/2006 | DENIED | | | |
| | | | Level III Review: | | | 07/19/2006 | GRANTED IN PART | MEDICAL | SVSP-D-05-04310 | |
| E37508 | HOLLIS, M | FAC. D 1 | Informal Review: | 09/12/2005 | 10/04/2005 | 09/30/2005 | DENIED | CASE INFO./RECORDS | | |
| | | | Level I Review: | 11/14/2005 | 12/28/2005 | 12/08/2005 | DENIED | | | |
| | | | Level II Review: | 12/16/2005 | 01/13/2006 | 01/06/2006 | DENIED | | | |
| | | | Level III Review: | | | 05/03/2006 | DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 1 | Level II Review: | | | 02/17/2006 | DENIED | DISCIPLINARY | SVSP-D-05-03664 | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

01/02/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 1 | LIVING CONDITIONS | SVSP-D- | |
| | | Level III Review: | Completed: 06/26/2006 | Disposition: DENIED | |
| | | Informal Review: Received: 09/06/2005 | Due: 10/12/2005 | Completed: 10/13/2005 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 1 | DISCIPLINARY | SVSP-D-05-03747 | |
| | | Level I Review: Received: 09/29/2005 | Due: 11/14/2005 | Completed: 11/02/2005 | Disposition: GRANTED |
| E37508 | HOLLIS, M | FAC. D 1 | LIVING CONDITIONS | SVSP-D-05-03787 | |
| | | Level I Review: Received: 11/23/2005 | Due: 12/23/2005 | Completed: 12/21/2005 | Disposition: GRANTED |
| | | Level II Review: | | | |
| E37508 | HOLLIS, M | FAC. D 1 | LEGAL | SVSP-D- | |
| | | Level I Review: Received: 10/03/2005 | Due: 11/16/2005 | Completed: 10/21/2005 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 1 | MEDICAL | SVSP-D- | |
| | | Level I Review: Received: 12/15/2005 | Due: 01/27/2006 | Completed: 01/12/2006 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 1 | PROGRAM | SVSP-D-05-04765 | |
| | | Level II Review: Received: 01/30/2006 | Due: 02/28/2006 | Completed: 02/22/2006 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 1 | DISCIPLINARY | SVSP-D-05-04494 | |
| | | Informal Review: Received: 11/10/2005 | Due: 11/29/2005 | Completed: 12/09/2005 | Disposition: DENIED |
| | | Level II Review: Received: 11/21/2005 | Due: 01/04/2006 | Completed: 02/17/2006 | Disposition: SCREENED OUT |
| E37508 | HOLLIS, M | FAC. D 1 | CASE INFO./RECORDS | SVSP-D-06-00021 | |
| | | Level I Review: Received: 12/29/2005 | Due: 02/10/2006 | Completed: 02/09/2006 | Disposition: GRANTED IN PART |
| | | Level III Review: | | Completed: 06/21/2006 | Disposition: DENIED |
| | | Level I Review: Received: 02/14/2006 | Due: 03/15/2006 | Completed: 03/17/2006 | Disposition: DENIED |
| E37508 | HOLLIS, M | | MEDICAL | SVSP-D-05-04908 | |
| | | Level I Review: Received: 12/28/2005 | Due: 02/09/2006 | Completed: 01/27/2006 | Disposition: GRANTED IN PART |
| | | Level II Review: Received: 02/09/2006 | Due: 03/10/2006 | Completed: 03/09/2006 | Disposition: DENIED |

**Salinas Valley State Prison**

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | | | | |
| Level III Review: | | FAC. D 1 | Completed: 06/12/2006 | Disposition: DENIED | |
| | | | LIVING CONDITIONS | SVSP-D-06-00503 | |
| E37508 | HOLLIS, M | | | | |
| Informal Review: | Received: 01/09/2006 | | Completed: 01/27/2006 | Disposition: DENIED | |
| Level I Review: | Received: 02/14/2006 | Due: 01/24/2006 | Completed: 03/30/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 04/12/2006 | Due: 03/29/2006 | Completed: 05/10/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | Due: 05/10/2006 | Completed: 08/28/2006 | Disposition: DENIED | |
| E37508 | HOLLIS, M | | | DISCIPLINARY | SVSP-D-06-00284 |
| Level II Review: | Received: 01/25/2006 | | Completed: 02/24/2006 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | | Due: 03/09/2006 | | SVSP-D- |
| Level II Review: | Received: 02/02/2006 | FAC. D 1 | Completed: 02/24/2006 | LEGAL | SVSP-D-06-00380 |
| E37508 | HOLLIS, M | D YARD | | DISCIPLINARY | |
| Level II Review: | Received: 02/02/2006 | Due: 03/17/2006 | Completed: 02/24/2006 | Disposition: GRANTED IN PART | SVSP-D-06-00297 |
| E37508 | HOLLIS, M | FAC. D 1 | | DISCIPLINARY | |
| Level II Review: | Received: 01/26/2006 | Due: 03/10/2006 | Completed: 02/24/2006 | Disposition: DENIED | |
| E37508 | HOLLIS, M | | | DISCIPLINARY | SVSP-D-06-00354 |
| Level III Review: | | | Completed: 08/15/2006 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | | | DISCIPLINARY | |
| Level II Review: | Received: 01/31/2006 | FAC. D 1 | Completed: 02/24/2006 | Disposition: DENIED | |
| Level III Review: | | Due: 03/15/2006 | Completed: 08/14/2006 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 1 | | MEDICAL | SVSP-D- |
| E37508 | HOLLIS, M | FAC. D 1 | | MEDICAL | SVSP-D-06-01169 |
| Informal Review: | Received: 03/15/2006 | Due: 03/29/2006 | Completed: 04/07/2006 | Disposition: DENIED | |
| Level I Review: | Received: 04/11/2006 | Due: 05/23/2006 | Completed: 05/26/2006 | Disposition: DENIED | |
| Level II Review: | Received: 07/17/2006 | Due: 08/14/2006 | Completed: 08/18/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 11/07/2006 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 1 | | PROPERTY | SVSP-D-06-01220 |

Page: 11

Selinas Valley State Prison

01/02/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II

### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 1 | DISCIPLINARY | SVSP-D-06-01470 | |
| Informal Review: | Received: 03/28/2006 | Due: 04/12/2006 | Completed: 04/14/2006 | Disposition: DENIED | |
| Level I Review: | Received: 04/18/2006 | Due: 05/31/2006 | Completed: 05/25/2006 | Disposition: DENIED | |
| Level II Review: | Received: 07/20/2006 | Due: 08/17/2006 | Completed: 08/04/2006 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 11/08/2006 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 1 | MEDICAL | SVSP-D- | |
| Informal Review: | Received: 05/11/2006 | Due: 06/23/2006 | Completed: 06/21/2006 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 1 | MEDICAL | SVSP-D- | |
| Informal Review: | Received: 03/28/2006 | Due: 04/12/2006 | Completed: 04/14/2006 | Disposition: GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 1 | SEGREGATION HEARINGS | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. D 1 | CUSTODY/CLASS. | SVSP-D-06-01516 | |
| Informal Review: | Received: 04/25/2006 | Due: 05/09/2006 | Completed: 05/10/2006 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 05/17/2006 | Due: 06/29/2006 | Completed: 06/08/2006 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 07/20/2006 | Due: 08/17/2006 | Completed: 08/07/2006 | Disposition: GRANTED | |
| E37508 | HOLLIS, M | FAC. C 8 | PROGRAM | SVSP-D- | |
| E37508 | HOLLIS, M | FAC. C 3 | PROPERTY | SVSP-C-06-02401 | |
| Informal Review: | Received: 06/12/2006 | Due: 06/26/2006 | Completed: 07/14/2006 | Disposition: GRANTED | |
| Level I Review: | Received: 08/03/2006 | Due: 09/15/2006 | Completed: 08/29/2006 | Disposition: GRANTED | |
| Level II Review: | Received: 09/01/2006 | Due: 10/02/2006 | Completed: 10/06/2006 | Disposition: GRANTED | |
| E37508 | HOLLIS, M | FAC. C 3 | STAFF COMPLAINTS | SVSP-C- | |
| E37508 | HOLLIS, M | FAC. C 3 | STAFF COMPLAINTS | SVSP-C- | |
| E37508 | HOLLIS, M | FAC. C 3 | STAFF COMPLAINTS | SVSP-C- | |
| E37508 | HOLLIS, M | FAC. C 3 | CUSTODY/CLASS. | SVSP-C- | |

Salinas Valley State Prison                                                                    01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. C 3 | WORK INCENTIVE | SVSP-C-06-02185 | |
| Level I Review: Received: 07/17/2006 | Due: 08/28/2006 | Completed: 08/03/2006 | Disposition: GRANTED IN PART | | |
| Level II Review: Received: 08/11/2006 | Due: 09/11/2006 | Completed: 09/14/2006 | Disposition: GRANTED IN PART | | |
| Level III Review: | | | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | PROGRAM | SVSP-C-06-02219 | |
| Level II Review: Received: 07/19/2006 | Due: 08/30/2006 | Completed: 08/03/2006 | Disposition: GRANTED IN PART | | |
| Level III Review: | | Completed: 11/13/2006 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | MEDICAL | SVSP-C-06-02570 | |
| Informal Review: Received: 08/03/2006 | Due: 08/17/2006 | Completed: 08/18/2006 | Disposition: GRANTED IN PART | | |
| Level I Review: Received: 08/24/2006 | Due: 10/06/2006 | Completed: 10/06/2006 | Disposition: GRANTED IN PART | | |
| Level II Review: Received: 10/11/2006 | Due: 11/08/2006 | Completed: 11/17/2006 | Disposition: GRANTED IN PART | | |
| Level III Review: | | Completed: 02/15/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | LIVING CONDITIONS | SVSP-C-06-02565 | |
| Informal Review: Received: 08/08/2006 | Due: 08/22/2006 | Completed: 08/25/2006 | Disposition: GRANTED | | |
| Level I Review: Received: 08/23/2006 | Due: 10/05/2006 | Completed: 09/22/2006 | Disposition: GRANTED | | |
| E37508 | HOLLIS, M | FAC. C 3 | LEGAL | SVSP-C-06-03039 | |
| Informal Review: Received: 09/14/2006 | Due: 09/28/2006 | Completed: 09/29/2006 | Disposition: DENIED | | |
| Level I Review: Received: 10/05/2006 | Due: 11/17/2006 | Completed: 11/02/2006 | Disposition: GRANTED IN PART | | |
| Level II Review: Received: 11/21/2006 | Due: 12/21/2006 | Completed: 12/13/2006 | Disposition: GRANTED IN PART | | |
| Level III Review: | | Completed: 02/08/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | MEDICAL | SVSP-C-06-02810 | |
| Informal Review: Received: 08/31/2006 | Due: 09/15/2006 | Completed: 09/14/2006 | Disposition: GRANTED IN PART | | |
| Level I Review: Received: 09/18/2006 | Due: 10/31/2006 | Completed: 11/03/2006 | Disposition: GRANTED IN PART | | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| | | | Level II Review: Received: 11/07/2006 Due: 12/07/2006 Completed: 12/08/2006 Disposition: GRANTED IN PART | | |
| | | | Level III Review: Completed: 02/06/2007 Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | STAFF COMPLAINTS | SVSP-C-06-02639 | |
| | | | Level I Review: Received: 08/30/2006 Due: 10/27/2006 Completed: 10/27/2006 Disposition: GRANTED IN PART | | |
| | | | Level II Review: Received: 12/08/2006 Due: 01/09/2007 Completed: 01/05/2007 Disposition: GRANTED IN PART | | |
| | | | Level III Review: Completed: 04/03/2007 Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | MEDICAL | SVSP-C-06-03233 | |
| | | | Informal Review: Received: 09/27/2006 Due: 12/08/2006 Completed: 11/17/2006 Disposition: GRANTED IN PART | | |
| E37508 | HOLLIS, M | FAC. C 3 | DISCIPLINARY | SVSP-C- | |
| | | | Level I Review: Received: 10/25/2006 Due: 10/12/2006 Completed: 10/20/2006 Disposition: GRANTED IN PART | | |
| E37508 | HOLLIS, M | FAC. C 3 | STAFF COMPLAINTS | SVSP-C- | |
| | | | Level I Review: Received: 11/30/2006 Due: 01/16/2007 Completed: 01/19/2007 Disposition: GRANTED IN PART | | |
| E37508 | HOLLIS, M | FAC. C 8 | DISCIPLINARY | SVSP-C- | |
| | | | Informal Review: Received: 11/08/2006 Due: 11/22/2006 Completed: 12/01/2006 Disposition: GRANTED IN PART | | |
| E37508 | HOLLIS, M | FAC. C 8 | LIVING CONDITIONS | SVSP-C-06-03671 | |
| | | | Level I Review: Received: 10/27/2006 Due: 12/12/2006 Completed: 12/14/2006 Disposition: GRANTED IN PART | | |
| E37508 | HOLLIS, M | FAC. C 8 | STAFF COMPLAINTS | SVSP-C-06-03254 | |
| E37508 | HOLLIS, M | FAC. C 3 | MEDICAL | SVSP-C- | |
| | | | Level II Review: Received: 12/21/2006 Due: 01/23/2007 Completed: 01/10/2007 Disposition: GRANTED IN PART | | |
| | | | Level III Review: Completed: 04/06/2007 Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 3 | DISCIPLINARY | SVSP-C-06-03339 | |
| E37508 | HOLLIS, M | FAC. C 8 | MEDICAL | SVSP-C-06-03339 | |

Salinas Valley State Prison

01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | | Area Of Origin | | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, M | | FAC. C 8 | | MAIL | SVSP-C-06-03798 | |
| | Level I Review: | Received: 11/01/2006 | Due: 12/18/2006 | Completed: 12/20/2006 | | Disposition: GRANTED | |
| | Level II Review: | Received: 12/27/2006 | Due: 01/26/2007 | Completed: 01/26/2007 | | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 04/16/2007 | | Disposition: DENIED | |
| E37508 | HOLLIS, M | | FAC. C 8 | | | | |
| | Informal Review: | Received: 11/03/2006 | Due: 11/17/2006 | Completed: 12/01/2006 | | Disposition: DENIED | |
| | Level I Review: | Received: 12/07/2006 | Due: 01/08/2007 | Completed: 01/24/2007 | | Disposition: GRANTED IN PART | |
| | Level II Review: | Received: 01/26/2007 | Due: 02/27/2007 | Completed: 03/02/2007 | | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 05/22/2007 | | Disposition: DENIED | |
| E37508 | HOLLIS, M | | FAC. C 8 | | MEDICAL | SVSP-C- | |
| E37508 | HOLLIS, M | | FAC. C 8 | | CASE INFO./RECORDS | SVSP-C- | |
| E37508 | HOLLIS, M | | FAC. C 8 | | DISCIPLINARY | SVSP-C-06-03423 | |
| | Level II Review: | Received: 11/07/2006 | Due: 12/21/2006 | Completed: 12/22/2006 | | Disposition: DENIED | |
| | Level III Review: | | | Completed: 07/18/2007 | | Disposition: DENIED | |
| E37508 | HOLLIS, M | | FAC. C 8 | | LIVING CONDITIONS | SVSP-C-06-03888 | |
| | Informal Review: | Received: 11/20/2006 | Due: 12/06/2006 | Completed: 12/08/2006 | | Disposition: GRANTED IN PART | |
| | Level I Review: | Received: 12/13/2006 | Due: 01/29/2007 | Completed: 01/05/2007 | | Disposition: GRANTED | |
| E37508 | HOLLIS, M | | FAC. C 8 | | MEDICAL | SVSP-C-06-03573 | |
| | Level I Review: | Received: 11/21/2006 | Due: 01/08/2007 | Completed: 12/21/2006 | | Disposition: DENIED | |
| | Level II Review: | Received: 01/03/2007 | Due: 02/01/2007 | Completed: 01/22/2007 | | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 04/16/2007 | | Disposition: DENIED | |
| E37508 | HOLLIS, M | | FAC. C 8 | | LEGAL | SVSP-C-06-03698 | |
| | Level I Review: | Received: 12/01/2006 | Due: 01/17/2007 | Completed: 01/12/2007 | | Disposition: GRANTED IN PART | |
| | Level II Review: | Received: 02/09/2007 | Due: 03/13/2007 | Completed: 03/08/2007 | | Disposition: GRANTED IN PART | |
| | Level III Review: | | | Completed: 06/19/2007 | | Disposition: DENIED | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. C 8 | MEDICAL | SVSP-C- | |
| E37508 | HOLLIS, M | C YARD | PROGRAM | SVSP-C- | |
| E37508 | HOLLIS, M | FAC. D 8 | SEGREGATION HEARINGS | SVSP-D-06-03946 | |
| Level I Review: Received: 12/18/2006 | Due: 02/01/2007 | Completed: 01/10/2007 | Disposition: DENIED | | |
| Level II Review: Received: 01/12/2007 | Due: 02/13/2007 | Completed: 02/15/2007 | Disposition: DENIED | | |
| Level III Review: | | Completed: 09/21/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. D 8 | PROPERTY | SVSP-D-07-00401 | |
| Informal Review: Received: 12/21/2006 | Due: 01/08/2007 | Completed: 01/24/2007 | Disposition: DENIED | | |
| Level I Review: Received: 01/26/2007 | Due: 03/30/2007 | Completed: 03/30/2007 | Disposition: GRANTED | | |
| Level II Review: Received: 04/09/2007 | Due: 05/07/2007 | Completed: 05/11/2007 | Disposition: DENIED | | |
| Level III Review: | | Completed: 08/21/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-00073 | |
| Level I Review: Received: 01/03/2007 | Due: 02/16/2007 | Completed: 01/11/2007 | Disposition: SCREENED OUT | | |
| E37508 | HOLLIS, M | D YARD | LEGAL | SVSP-D-07-00098 | |
| Level I Review: Received: 01/04/2007 | Due: 01/11/2007 | Completed: 01/12/2007 | Disposition: GRANTED IN PART | | |
| Level II Review: | | Completed: 04/10/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 8 | DISCIPLINARY | SVSP-C-07-00442 | |
| Level I Review: Received: 02/02/2007 | Due: 03/20/2007 | Completed: 03/06/2007 | Disposition: SCREENED OUT | | |
| Level II Review: Received: 03/19/2007 | Due: 04/16/2007 | Completed: 04/18/2007 | Disposition: DENIED | | |
| Level III Review: | | Completed: 08/21/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 8 | PROGRAM | SVSP-C-07-01132 | |
| Level I Review: Received: 03/14/2007 | Due: 04/25/2007 | Completed: 04/27/2007 | Disposition: GRANTED IN PART | | |
| Level III Review: | | Completed: 08/06/2007 | Disposition: DENIED | | |
| E37508 | HOLLIS, M | FAC. C 8 | DISCIPLINARY | SVSP-C- | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

Sorted By: CDC Number

**Appeal Listing**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. C 8 | MEDICAL | SVSP-C- | |
| Level II Review: | Received: 01/24/2007 | Due: 03/09/2007 | Completed: 02/27/2007 | Disposition: GRANTED | |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | SVSP-D-07-00720 | |
| Informal Review: | Received: 01/26/2007 | Due: 02/09/2007 | Completed: 02/08/2007 | Disposition: GRANTED | |
| Level I Review: | Received: 02/13/2007 | Due: 03/28/2007 | Completed: 04/06/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 04/11/2007 | Due: 05/09/2007 | Completed: 05/14/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | | | |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D-07-00349 | |
| Level III Review: | | | Completed: 07/12/2007 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D- | |
| Level I Review: | | | | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-01012 | |
| Level I Review: | Received: 03/06/2007 | Due: 04/17/2007 | Completed: 03/09/2007 | Disposition: SCREENED OUT | |
| E37508 | HOLLIS, M | FAC. D 8 | LIVING CONDITIONS | SVSP-D-07-01432 | |
| Informal Review: | Received: 03/13/2007 | Due: 03/27/2007 | Completed: 03/27/2007 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 03/29/2007 | Due: 05/10/2007 | Completed: 04/10/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 04/12/2007 | Due: 05/10/2007 | Completed: 05/11/2007 | Disposition: GRANTED IN PART | |
| Level III Review: | | | Completed: 08/14/2007 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | SEGREGATION HEARINGS | SVSP-D-07-01249 | |
| Level I Review: | Received: 03/19/2007 | Due: 04/30/2007 | Completed: 04/13/2007 | Disposition: GRANTED IN PART | |
| Level II Review: | Received: 03/30/2007 | Due: 05/11/2007 | Completed: 07/18/2007 | Disposition: DENIED | |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-07-01415 | |
| Level I Review: | Received: 04/03/2007 | Due: 05/15/2007 | Completed: 04/11/2007 | Disposition: SCREENED OUT | |
| E37508 | HOLLIS, M | | STAFF COMPLAINTS | SVSP-07-01510 | |
| Level I Review: | Received: 04/05/2007 | | | Disposition: SCREENED OUT | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

01/02/2008

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-01812 | |
| | Level I Review: | Received: 04/19/2007 | Due: 06/15/2007 | Completed: 06/15/2007 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 06/20/2007 | Due: 07/19/2007 | Completed: 07/27/2007 | Disposition: GRANTED IN PART |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-01977 | |
| | Level I Review: | Received: 04/27/2007 | Due: 06/11/2007 | Completed: 06/15/2007 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 06/21/2007 | Due: 07/20/2007 | Completed: 07/26/2007 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 10/31/2007 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 8 | PROGRAM | SVSP-D-07-02590 | |
| | Level I Review: | Received: 06/05/2007 | Due: 07/18/2007 | Completed: 07/05/2007 | Disposition: WITHDRAWN |
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-02070 | |
| | Level I Review: | Received: 05/02/2007 | Due: 06/14/2007 | Completed: 05/17/2007 | Disposition: SCREENED OUT |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D-07-05381 | |
| | Level I Review: | Received: 11/07/2007 | Due: 12/24/2007 | Completed: 12/19/2007 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 8 | CUSTODY/CLASS. | SVSP-D-07-02490 | |
| | Level I Review: | Received: 05/31/2007 | Due: 07/13/2007 | Completed: 07/11/2007 | Disposition: DENIED |
| | Level II Review: | Received: 07/24/2007 | Due: 08/21/2007 | Completed: 08/09/2007 | Disposition: DENIED |
| | Level III Review: | | | Completed: 11/24/2007 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D-07-02525 | |
| | Level I Review: | Received: 06/04/2007 | Due: 07/17/2007 | Completed: 07/17/2007 | Disposition: GRANTED IN PART |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | SVSP-D-07-02583 | |
| | Level I Review: | Received: 06/12/2007 | Due: 07/25/2007 | Completed: 07/27/2007 | Disposition: GRANTED IN PART |
| | Level II Review: | Received: 08/03/2007 | Due: 08/31/2007 | Completed: 08/31/2007 | Disposition: GRANTED IN PART |
| | Level III Review: | | | Completed: 12/11/2007 | Disposition: DENIED |
| E37508 | HOLLIS, M | FAC. D 8 | MEDICAL | SVSP-D-07-02613 | |

**Salinas Valley State Prison**

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

01/02/2008

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | | | | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 8 | | | | MEDICAL | SVSP-D-07-02767 | |
| | Level I Review: | Received: 06/08/2007 | Due: 07/23/2007 | Completed: 07/26/2007 | Disposition: GRANTED IN PART | | | |
| | Level II Review: | Received: 06/20/2007 | Due: 08/02/2007 | Completed: 08/31/2007 | Disposition: GRANTED IN PART | | | |
| | Level III Review: | Received: 07/31/2007 | Due: 08/28/2007 | Completed: 12/12/2007 | Disposition: DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | LIVING CONDITIONS | SVSP-D-07-03071 | |
| | Level I Review: | Received: 07/11/2007 | Due: 08/22/2007 | Completed: 08/02/2007 | Disposition: GRANTED IN PART | | | |
| | Level II Review: | Received: 08/09/2007 | Due: 09/07/2007 | Completed: 09/07/2007 | Disposition: GRANTED IN PART | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | MEDICAL | SVSP-D-07-03320 | |
| | Level I Review: | Received: 07/27/2007 | Due: 09/10/2007 | Completed: 09/13/2007 | Disposition: GRANTED | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | MEDICAL | SVSP-D-07-03775 | |
| | Level I Review: | Received: 08/21/2007 | Due: 10/03/2007 | Completed: 09/13/2007 | Disposition: GRANTED | | | |
| | Level II Review: | Received: 09/18/2007 | Due: 10/17/2007 | Completed: 10/26/2007 | Disposition: GRANTED | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | MEDICAL | SVSP-D-07-0391 7 | |
| | Level I Review: | Received: 09/04/2007 | Due: 10/17/2007 | Completed: 10/18/2007 | Disposition: GRANTED IN PART | | | |
| | Level II Review: | Received: 10/23/2007 | Due: 11/21/2007 | Completed: 11/20/2007 | Disposition: GRANTED IN PART | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | PROGRAM | SVSP-D-07-03992 | |
| | Level I Review: | Received: 09/10/2007 | Due: 10/23/2007 | Completed: 10/23/2007 | Disposition: DENIED | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | SEGREGATION HEARINGS | SVSP-D-07-04081 | |
| | Level I Review: | Received: 09/14/2007 | Due: 10/29/2007 | Completed: 10/23/2007 | Disposition: GRANTED IN PART | | | |
| | Level II Review: | Received: 12/20/2007 | Due: 01/22/2008 | Completed: | Disposition: | | | |
| E37508 | HOLLIS, M | FAC. D 8 | | | | MAIL | SVSP-D-07-04333 | |
| | Level I Review: | Received: 10/01/2007 | Due: 11/19/2007 | Completed: 11/21/2007 | Disposition: GRANTED IN PART | | | |

Salinas Valley State Prison

01/02/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| E37508 | HOLLIS, M | FAC. D 8 | STAFF COMPLAINTS | SVSP-D-07-04393 | |
| **Level I Review:** | **Received:** 10/05/2007 | **Due:** 11/20/2007 | **Completed:** 11/21/2007 | **Disposition:** GRANTED IN PART | |
| E37508 | HOLLIS, M | FAC. D 8 | DISCIPLINARY | SVSP-D-07-04624 | |
| **Level II Review:** | **Received:** 10/22/2007 | **Due:** 12/06/2007 | **Completed:** 12/05/2007 | **Disposition:** DENIED | |

**Total: 172**