# EXHIBIT B

# STATE OF CALIFORNIA
# RULES VIOLATION REPORT

DEPARTMENT OF CORRECTIONS

MEID 4-25-05

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| E-37508 | Hollis | 1/2/82 | SVSP | FC-B8-226 | 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 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005(c) | Battery on a Peace Officer | Fac 'C' C8 Shower | 04-18-05 | 1115 Hours |

**CIRCUMSTANCES** On Monday April 18, 2005 at approximately 1115 hours, while performing my duties as Facility "C" building 8 Administrative Segregation (Ad-Seg) Officer, performing escorts when I entered building 8 C-pod Inmate Hollis (E-37508, C8-226L) was inside c-pod shower banging on the shower door and pressing on the alarm button. I told Inmate Hollis to calm down and stop banging on the shower door and pressing on the alarm button, and once we get our Ad-Seg inmate secured in his cell, the control booth officer will let him out of the shower. Inmate Hollis did not listen and continued to bang on the shower and press the alarm. Once our inmate was secured, I went over to C section shower and attempted to calm Inmate Hollis down while trying to get the control booth officers attention. I told Inmate Hollis to stop pressing the alarm button with negative results. I placed my hand over the alarm button next to the shower and Inmate Hollis stated, "I can do what I want and if I want to get you, I can" and then aggressively grabbed me on the wrist area, I pulled back quickly and walked away from the shower. Officer Zamora walked up and opened the shower not knowing what had taken place. Inmate Hollis stated he needed to see the supervisor and I then advised Officer Zamora that Inmate Hollis had grabbed my wrist and that he needed to be placed in mechanical restraints (handcuffs). Officer Zamora then placed handcuffs on Inmate Hollis stated "I need to be double cuffed," and to accommodate, I placed the second pair of cuffs on Inmate Hollis and I followed the escort to Facility "C" Medical

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| L. Goodlett, Correctional Officer | 4/25/05 | C8 Ad-Seg Extra | F/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | INMATE SEGREGATED PENDING HEARING | DATE | LOC. |
|---|---|---|---|---|
| | 4-24-05 | X | 4-18-05 | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | B | 4-25-05 | Hughes J CCII | ☐ HO ☒ SHO ☐ SC ☐ FC |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) G. myr | DATE 4/26/05 | TIME 2015 | TITLE OF SUPPLEMENT D.A. CHRONO (REJECTED) | | |
|---|---|---|---|---|---|---|
| ☒ INCIDENT REPORT LOG NUMBER: SVP-05-04-0227 | BY: (STAFF'S SIGNATURE) G. myr | DATE 4/26/05 | TIME 2015 | BY: (STAFF'S SIGNATURE) | DATE 8-24-05 | TIME 1240 |

ISSUED I.E. 8-31-05 1120 Hours

**HEARING**

**Plea:** The charges were read aloud as written to Inmate Hollis, who acknowledged understanding the charges and who entered a plea of Not Guilty.

**Findings:** Inmate Hollis was found Guilty of violating CCR§ 3005(c); specifically, 'Charge,' a Division 'A-1' offense (CCR§ 3323(d)(1)).

**Disposition:** Assessed 0 days forfeiture of behavioral credits, due to time constraints not being met. Assessed 90 days loss of the following privileges: telephone use, quarterly packages, special purchases, ¼ canteen draw (to begin 12-07-05 and end 03-16-05); Inmate was counseled, warned and reprimanded.

**Classification Referral:** Referred to ICC for program review and possible SHU term assessment.

Disposition continued on CDC 115C

REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| J. Luman, Lieutenant | | 12/31/05 | 0545 |

| REVIEWED BY: (SIGNATURE) G. Ponder, Captain | DATE 12/30/05 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE D. Travers | DATE 12/30/05 |
|---|---|---|---|

| COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) G. myr | DATE 01/05/06 | TIME 1300 |
|---|---|---|---|

CDC 115 (7/88)

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE___OF___ | |
| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | | TODAY'S DATE |
| E-37508 | Hollis | C05- | SVSP | | 04-18-05 |
| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☒ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER___ |

...inic at a safe distance to maintain security. After securing Inmate Hollis in holding cell #1, I notified my supervisor ...rgeant M. Nilsson. Inmate Hollis (is) [is not] a participant in the Mental Health Services Delivery System and is aware ...this report.

L. Goodlett, Correctional Officer

SIGNATURE OF WRITER: [signed] G. mm          DATE SIGNED: 4/25/05

☒ COPY OF CDC 115-C GIVEN TO INMATE

GIVEN BY: (Staff's Signature) [signed] G. mm     DATE SIGNED: 4/26/15     TIME SIGNED: 2015

CDC 115-C (5/95)          OSP 99 25082