# EXHIBIT E

RECEIVED
MAR 17 2006

Salinas Valley State Prison
Inmate Appeals Office

4/18/05  HD- 11/17/06

MOD ORDER #02-06 / 011

## MODIFICATION ORDER

COPY

March 8, 2006

CA2   C06-03-0012 R      D1-220   A-FILE
                                   RECEIVED
                                   MAR 16 2006
RE: HOLLIS, E37508                 AW/COMPLEX II
    D1-220
    SVSP-D-06-00380
    DISCIPLINARY

Please be informed that as a result of a Level II Decision, the above referenced appeal has been GRANTED IN PART. Please complete this modification order to comply with the decision.

DUE DATE: 04/06/2006

REISSUE AND REHEAR RVR

IN ACCORDANCE WITH TITLE 15, CALIFORNIA CODE OF REGULATIONS SECTION 3312(b)(1) RULE VIOLATION REPORT, FC05-04-0049, DATED 4/18/05, FOR "BATTERY ON A PEACE OFFICER" IS ORDERED RETYPED AND REISSUED WITHIN FIFTEEN (15) DAYS OF THE DATE OF THE CHIEF DESCIPLINARY OFFICER'S (CDO) ORDER. ENSURE THAT THE DATE OF THE REHEARING ORDER IS INCLUDED IN THE BODY OF THE RULE VIOLATION REPORT, INCLUDING THE NAME OF THE CDO ORDERING THE REHEARING. A MENTAL HEALTH ASSESSMENT WILL NEED TO BE COMPLETED. A NEW SENIOR HEARING OFFICER (SHO) SHALL BE ASSIGNED TO THIS MATTER AND ENSURE THAT ALL PROCEDURAL DUE PROCESS RIGHTS ARE AFFORDED THE INMATE AS PROVIDED IN TITLE 15, DIVISION 3.

The modification was completed in the following manner:

ON 3/17/06 A NEW RULES VIOLATION REPORT WAS GENERATED (LOG # C06-03-0012) WHICH INCLUDED THE RE-ISSUE/RE-HEAR DATE THE RE-ISSUE/RE-HEAR WAS ORDERED BY CDO A. HEDGPETH. A MENTAL HEALTH ASSESSMENT WAS SERVED/ORDERED ON 11/7/06. THE HEARING WAS CONDUCTED ON 11/17/06 WITH A FINDING OF GUILTY FOR BATTERY ON A PEACE OFFICER A DIVISION B(1) OFFENSE. O LOSS OF CREDITS DUE TO TIME CONSTRAINTS NOT BEING MET. THE HEARING WAS NOT HELD WITHIN 30 DAYS OF THE INMATE DATE THE INMATE WAS PROVIDED A COPY OF THE CDCR-115.

(You must attach a copy of any documents proving compliance, such as CDC Form 128-G, Classification Chrono; CDC Form 128-C, Medical Chrono; CDC Form 115, Rules Violation Report, etc.)

COPY

**COPY**

Certified as completed by:

_____    _____    _____
Name (Signed)                      Title                              Location

J. Celaya                          12/6/06
_____    _____
Name (Printed)                     Date

Title: Capt

**COPY**