# EXHIBIT G

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.            Category
1. SVSPd                                 1. 07-0145         7
2. _____                               2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

obstructiz                                                      Eloy Medina

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MARVIN HOLLIS | E-37508 | *Ad-Seg* | D-8-220 |

A. Describe Problem: This complaint is filed against Salinas Valley State prison appeals coordinator Eloy Medina, for retaliation and reprisal for my prior use of the (CDCR) 602 appeals process and being a jailhouse lawyer. On 3-26-07 E. Medina, refused to assign ~~~ my timely disciplinary appeal in retaliation for my prior use of the (CDCR) 602 appeal process and being a jailhouse lawyer. This retaliation and harassment infringed my 1st amendment constitutional right and had a chilling effect.
*(see attachment)*

If you need more space, attach one additional sheet.

B. Action Requested: To be allowed to exhaust my administrative remedies without inappropriate interferance. That all retaliatory actions and harassment by appeals office staff to cease. For an apology from E. Medina, for not assigning my timely disciplinary appeal.

Inmate/Parolee Signature: Marvin Hollis        REC'D MAR 30 2007    Date Submitted: 3-29-07

RECEIVED APR 19 2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____                                              Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 4/2/07    Due Date: 6/11/07

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

DELIVERED MAY 1 5 2007   DELIVERED APR 1 7 2007
                         DELIVERED APR 3 0 2007

RECEIVED APR 1 9 2007

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
                                                             Date: _____
CDC 602 (12/87)