1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARVIN G. HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>ELOY MEDINA,<br><br>Defendant. | C 07-2980 THE (PR)<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |
|---|---|

   Plaintiff Marvin G. Hollis is a state inmate incarcerated at High Desert State Prison. He filed this action under 42 U.S.C. § 1983 and makes a First Amendment claim against Defendant E. Medina.

   Defendant filed a motion to dismiss the action because Plaintiff failed to exhaust his available administrative remedies before filing suit, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a) and failed to state a claim for relief. Defendant argued that Plaintiff failed to exhaust his available administrative remedies because: (1) Plaintiff failed to exhaust his available administrative remedies before filing this federal civil rights action; and, (2) Plaintiff failed to pursue his administrative appeals to exhaustion through the requisite third level of review. Defendant also argued that Plaintiff did not state a claim for relief against Defendant. Thus, Defendant requested that Plaintiff's action be dismissed for failure to properly exhaust

[Proposed] Order Granting Mot. to Dismiss

M. Hollis v. E. Medina, et al.
Case No. C 07-2980 THE (PR)

1 | available administrative remedies before filing suit, as required by the Prison Litigation Reform
2 | Act and for failure to state a claim for relief against Defendant.
3 |     After full consideration of all pleadings and good cause appearing, the Court grants
4 | Defendant's motion to dismiss the action.
5 |     IT IS SO ORDERED.

7 | Dated: _____      _____
                                                          The Honorable Thelton E. Henderson