

MARVIN HOLLIS, E-37508
High desert state PRISON
P.O. BOX 3030,  D-5-228
SUSANVILLE, CALIF, 96127
         IN PRO-PER

FILED
MAR X 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,
        PLAINTIFF

vs.

ELOY MEDINA,
        DEFENDANT

CASE NO. C-07-2980 -TEH (PR)

PLAINTIFF NOTICE OF MOTION AND
motion to "STAY"SUMMARY Judgment
AND the PROCEEDINGS, AND TO
COMPEL DISCOVERY —
((FRCP) RULE 56(f)) ; 37(a) 26(b)(1)

TO DEFENDANT ELOY MEDINA. PLEASE TAKE Notice that
PLAINTIFF moves the court to STAY summary Judgment
AND the PROCEEDINGS PURSUANT to FEDERAL RULES of
CIVIL PROCEDURE RULE 56(f) ON the grounds that
PLAINTIFF NEEDS DISCOVERY — to EXPLORE facts
ESSENTIAL to JUSTIFY PLAINTIFF OPPOSITION to
DEFENDANT motion to dismiss AND motion FOR
QUALIFIED IMMUNITY, AND AFFIDAVITS AND OR
DECLARATIONS IN SUPPORT thereoff.

(1)

PLAINTIFF ALSO need RELEVANT evidence to prove
OR demonstrate that defendant IS NOT entitled to
qualified Immunity and that no Administrative
Remedy Remains available to plaintiff and that
plaintiff Indeed stated A claim contrary to
defendant motion to dismiss. ON JANUARY 3, 2008
JANUARY 6, 2008 and another date, plaintiff
served defendant with discovery. ON
JANUARY 31, 2008 defendant Refused to complete
discovery and Returned plaintiff discovery
Request to him. (see exhibit (A))
This motion IS based upon this notice of motion,
And motion to stay summary Judgment And
proceedings, the memorandum of points
And Authorities, And exhibits, this courts file,
And any other matters properly before this
court.

(2)

*(memorandum of Points and authorities)*

under (FRCP) Rule 56(F) the court may postpone ruling on a summary Judgment motion or motion to dismiss where the non-moving party needs discovery to explore facts essential to justify the party's opposition.

Crawford - EL v. Britton 523 U.S. 574, 599 n.20. 140 L.Ed 2d 759, 118 S.ct. 1584 (1998) quoting Fed. R.Civ. Pro 56(F). Though the conduct of discovery is generally left to a district courts discretion, summary Judgment and proceedings is disfavored where relevant evidence remains to be discovered, particularly in cases involving confined pro-se plaintiffs. Klingele v. Eikenberry 849 F.2d 409 412 9th Cir.1988, Harris v. Pate 440 F.2d 315. 318 7th Cir. (1971). Plaintiff Respectfully Request that the court stay the proceedings so that plaintiff will have a fair and effective opportunity to oppose defendant motions to dismiss and qualified immunity to gather discovery essential and

(3)

Relevant evidence to prove defendant is not entitled to qualified immunity. I also request that the court compel defendant to comply with the courts order and plaintiff's discovery request to achieve the interest of justice and early resolution of the case. I have a right to such discovery per [FRCP] Rule 26(b)(1) and 37(a).

Dated: 3-2-08

Respectfully submitted,
Marcum Glenn Hollis
- Plaintiff -



EXhibit "A"

EXhibit "A"

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5793
Facsimile: (415) 703-5843
E-Mail: Cynthia.Fritz@doj.ca.gov

January 31, 2008

Marvin G. Hollis
E-37508
High Desert State Prison
P. O. Box 3030
Susanville, CA 93960-1020

RE:    MARVIN G. HOLLIS v. ELOY MEDINA
       United States District Court, Northern District of California, Case No. C 07-2980 THE
       (PR)

Dear Mr. Hollis:

The Attorney General's Office received your January 3, 2008 Request for Production of Documents and your January 6, 2008 First Set of Interrogatories. I am returning the discovery to you. The discovery requests are premature and procedurally improper because they fail to comply with the Federal Rules of Civil Procedure.

Defendant Medina is currently not a party to the action. You served the discovery requests before Medina has appeared in the action and before Medina has been personally served with a summons and complaint or waived service. Medina has no obligation to comply with the discovery requests because he has not appeared in the action. One becomes a party officially and is required to take action in that capacity only upon service of summons. Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc. 526 U.S. 344, 350 (1999). Since you failed to serve the discovery requests in compliance with Rule 5 and also attempted to serve Defendant before he was a "party" within the meaning of the discovery rules, the requests are improper.

Sincerely,

CYNTHIA C. FRITZ
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ.P.5; 28 U.S.C. § 1746)

I, _MARVIN HOLLIS_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _High desert state PRISON,_ in the county of _LASSEN_ , State of California. My prison address is: _P.O. BOX 3030    SUSANVILLE, CALIF, 96127._

On _JANUARY 3, 2008_ , I served the attached: _REQUEST FOR PROdliction OF documents._

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was addressed as follows:

_AttoRNeY GeNeRAL_
_455 GoLden GATe Ave. ste1600_
_SAN FRANCISCO, CA, 94102_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _1-3-08_        _MARVIN GLenn Hellis_

(Date)        (Declarant signature)

MARVIN HOLLIS, E-37508
High desert state PRISON
P.O. BOX 3030, D-8-131
SUSANVILLE, CALIF, 96127


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,       CASE NO. C-07-2980 -TEH (PRJ
      PLAINTIFF,
VS.                        REQUEST FOR PRODUCTION OF
ELOY MEDINA,               documents.
      DEFENDANT


PROPOUNDING PARTY. PLAINTIFF MARVIN GLENN HOLLIS
RESPONDING PARTY. DEFENDANT ELOY MEDINA
            "Items To Be Produced"

1.) ALL (CDC3R) 602 APPEALS that WERE "SCREENED" OUT bY
   ELOY MEDINA, OF PLAINTIFF FROM the time period of MEDINA
   ASSIGNMENT AS APPEALS COORDINATOR TO JANUARY 2007.
2.) COPIES of the guidLines/procedures of SALINAS
   VALLEY STATE PRISON Regarding processing/Assignment
   OF (CDC3R) 602 APPEALS.
3.) complete copy of APPEAL Log# SVSP-D-07-01415

(1)

4.) copies of ANY ANd ALL documents other than those described IN Request No 2 which contain, mention, or discuss previous guidelines/procedures' within the past five years for the processing And assignment of (CDC3R) 602 appeals.

5.) copy of SALINAS VALLEY state prison facility "C" disciplinary Log book for the date of December 11, 2007.

6.) copy of SALINAS VALLEY state prison Appeals tracking system of plaintiff's Appeals submitted from the time period of ● JANUARY 2006 through JANUARY 2007.

1.) copies of ALL memorandums, notes, correspondence And matters Related to this Action Regarding the Appeals IN question IN the complaint. I Request A Responce within 30 days per federal Rules of Civil procedure.

Thank You!

Dated: 1-3-08

Marvin D. Hollis
- Plaintiff-

(2)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ.P.5; 28 U.S.C. § 1746)

I, _MARVIN GLENN HOLLIS_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _High desert State_ Prison, in the county of _LASSEN_ , State of California. My prison address is: _P.O. BOX 3030   SUSANVILLE, CALIF, 96127_ .

On _JANUARY 6, 2008_ , I served the attached: _1st set of INTERROGATORIES And LetteR to ATtoRNEY GeNeRAL._

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was addressed as follows:

_ATtoRNEY GeNeRAL., E. BROWN_

_455 GolDEN GATe AVe. Ste.# 11000_

_SAN FRANCISCO, CA, 94102_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _JANUARY 6, 2008_        _MARVIN GleNN Hollis_

(Date)                                    (Declarant signature)

MARVIN HOLLIS, E-57508
High desert state PRISON
P.O. BOX 3030,    D-8-131
SUSANVILLE, CALIF, 96127
            IN PRO-PER

            United States District Court
            NORTHERN District of CALIFORNIA

MARVIN HOLLIS,              CASE NO. C-07-2980 TEH-PR
    PLAINTIFF,
                            1st set of "INTERROGATORIES"
    V.S.
ELOY Medina,
    DEFENDANT

PROpouNding PARTY: PLAINTiFF, MARVIN G. HOLLIS
Responding PARTY: DEFENDANT, ELOY Medina

NO.1
    EXPLAIN the CURRENT AND PAST REgULATIONS OF the
(CDCR) IF different than those OF (SVSP) FOR AssignmeNt
OF APPEALS OF A SERIOUS RULES VIOLATION.

NO.2
    EXPLAIN WHY YOU CONTINUOUSLY SCREENED OUT
mY disciPLINARY APPEAL dated DECEMBER 25, 2006
● ONCE YOU RECEIVED SUFFICIANT FACTS, EVIDENCE, AND
INFORMATION FROM mE REQUESTS dated JANUARY 24, 2007,
FEBRUARY 16, 2007, FEBRUARY 22, 2007, MARCH 13, 2007
AND APRIL 22, 2007 that mY APPEAL WAS timELY AND that
                            dated 12-25-06
            (1)

I Suffered A Adverse effect of Loss of good time credits?

NO. 3

EXplAiN whY You hAd pERSONAL ANimosity tOwARds me during the time period of YOUR ASSignment AS AppEALS cooRdiNAtoR to the dAtes I WAS housed At SALINAS vALLEY State prison?

NO. 4

Did I RefER to You AS A "stupid Asshole" IN mY REspONSE to the (CDC3R)695 ScREENiNG foRm dAted JuLY 7, 2006?

NO. 5

Did I RefER to You AS "You stupid Idiot" IN mY REspONSE to the (CDC3R) 695 ScREENiNG foRm dAted JuNE 30, 2006?

NO. 6

Did I submit A (CDC3R) 602 AppEAL AgAinst You dAted JuLY 25, 2006?

(12)

## NO. 7

EXPLAIN the problem IN section (A) of the APPEAL submitted Against You by me dated JULY 25, 2006

## NO. 8

HAVE YOU "ASSIGNED" SERIOUS RULES VIOLATIONS disciplinARY APPEALS FoR A 2nd LEVEL REVIEW OF INMATES housed AT (SVSP) Who SuFFERED A Loss of good time credits?

## NO. 9

IdENTIFY ALL PERSONS Who PARTICIPATED IN the decision to SCREEN OUT mY APPEAL (CDC3R)602 submitted ON DEcember 25, 2006?

## NO. 10

DESCRIBE ANY tRAINING OR INFORMATION YOU have RECEIVED IN PROCESSING And ASSIGNING APPEALS Submitted bY INMATES. (CDC3R) 802.'s

## NO. 11

DESCRIBE YOUR UNDERSTANDING OF the (CDC3R) REGULATIONS FOR ASSIGNING (CDC3R) 602 APPEALS Submitted bY me.

(3)

NO. 12

Describe the problem presented by me in section (A) of (CDC3R) 602 Appeal Log # SVSP-D-07-01415 dated March 29, 2007, submitted Against You.

NO. 13

Describe what You And deputy Attorney General STACEY D. Schesser, discuss About mY Appeal dated December 25, 2006 contesting Rule violation Report Number C-06-03-0012R? (CDC3R) 602

NO. 14

whY did'nt You contact disciplinarY officer VERUMAN that Issued me mY FinAL copY of RVR# C-06-03-0012R on December 11, 2006 After You were notified bY me that officer VERUMAN Issued me mY FinAL copY of RVR# C-06-03-0012R on December 11, 2006?

NO. 15

Describe All persons At (SVSP) emploYees who were YouR supervisors From the time period of YouR Assignment As AppeALs coordinAtor.

(4)

## No. 16

WERE YOU AWARE AND NOTIFIED that the FiNAL COPY of RVR # C-06-03-0012R WAS dated December 11, 2006 being Issued to me.

## No. 17

what INFORMATION did YOU RECEIVE otheR thatN the INFORMATION provided bY me that mY Appea dated DECembeR 25, 2006 was timeLY submittec (CDC3'R) 602

## No. 18

EXPLAIN whY WAS it determined during the course of Litigation IN CASE No. HC5711 that mY Appeal dated DECembeR 25, 2006 was IMPRopeRLY screeNed out bY YoU? (CDC3'R) 602

## No. 19

ARE YOU FAmiLLRe with TitLE 15. division 3. ReguLAtions RegARding INmAte AppeALs? (CDC3'R) 602'S

## No. 20

EXPLAIN the questions possed to c/o ALVAREZ, RegARding RVR # C06-03-0012R?

(5)

NO. 21

EXPLAIN the process of processing INMATE
(CDC3R) 602 Appeals once the Appeals office
staff Receives a INMATE (CDC3R) 602 Appeal.

NO. 22

what INFORMATION IF ANY did you Receive
FROM C/O ALVAREZ, Regarding RVR. # C06 -03 -0012R

NO. 23

what was the date that you talked to C/O
ALVAREZ, Regarding RVR # C06 - 03 - 0012R ?

NO. 24

EXPLAIN how was it discovered that my
(CDC3R) 602 Appeal dated December 25, 2006 wa.
IMPROPERLY screened out ?

NO. 25

EXPLAIN the REASONS you wrote a Letter to
NOLA GRANNIS, chief of INMATE Appeals dated
February 17, 2007 Regarding SVSP-06 - 00380.

Dated: 1-6-08                    Marvin Glenn Hollis
                                      - PLAINTIFF-

(16)

MARVIN HOLLIS, E-37508
High desert state PRISON
P.O. BOX 3030,   D-5-228
SUSANVILLE, CALIF, 96127
            IN PRO-PER

            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,          CASE NO. C-07-2980-TEH-PR
        PLAINTIFF,
                              REQUEST FOR ADMISSIONS
    VS.
ELOY MEDINA,
        DEFENDANT

PROPOUNDING PARTY: PLAINTIFF MARVIN GLENN HOLLIS
RESPONDING PARTY: DEFENDANT ELOY MEDINA
    SET NUMBER (1)

NO. 1
Admit that ON DECEMBER 25, 2006 I submitted A (CDC3R)
602 APPEAL CHALLANGING A guilty finding to RULES
VIOLATION REPORT # C06-03-0012R, to LSVSPJ APPEALS OFFICE.

NO. 2
Admit that ON JANUARY 2, 2007 You generanted A
(CDC3R) 695 INMATE SCREENING FORM SCREENING out my
(CDC3R) 602 I submitted on DECEMBER 25, 2006, to the
LSVSPJ APPEALS OFFICE.

(1)

NO. 3

Admit that ON FebRuARY 23, 2007 You generated A
(cDC3R) 602 695 INMATE SCREENING FORM SCREENING OUT
MY (CDC3R) 602 APPEAL I Submitted to LSVSPJ APPEALS
office dated December 25, 2006. (Fed. R. E. 1001 term)
Generated.

NO. 4.

Admit that ON MARCH 7, 2007 You generated A (CDC3R)
695 INMATE SCREENING FORM SCREENING OUT MY (CDC3R) 602
APPEAL I submitted to the LSVSPJ APPEALS office dated
December 25, 2006.      (Fed. R. E. 1001 Term generated)

NO. 5

Admit that ON MARCH 26, 2007 You generated A (CDC3R)
695 INMATE SCREENING FORM SCREENING OUT MY (CDC3R)
602 APPEAL I submitted to the LSVSPJ APPEALS office
dated December 25, 2006. (Fed. R. E. 1001 Term generated)

NO. 6

Admit that the FINAL COPY OF RVR# C06-03-0012R REVEALS
that I WAS ISSued MY FINAL COPY OF RVR# C06-03-0012R
ON December 11, 2006.

NO. 7

Admit that I REFERRED to You AS A Stupid Idiot
IN MY ResPONSE to the (CDC3R) 695 SCREENING FORM
dated JUNE 30, 2006.

(2)

NO. 8

Admit that I Referred to you as "you stupid asshole." In my Response to the (CDCR) 695 Inmate screening form you generated on July 7, 2006.

NO. 9

Admit that I submitted A (CDCR) Inmate 602 Appeal form Against you dated July 25, 2006.

NO. 10

Admit that I submitted A (CDCR) Inmate 602 Appeal form Against you dated March 29, 2007.

NO. 11

Admit that the attached documents in exhibit (A) is genuine documents. ~~and that you~~

NO. 12

Admit that during the time period of your assignment As Appeals coordinator at (VSP) you have cancelled several of my (CDCR) 602 Appeals by generating (CDCR) 695 Inmate screening forms. (Fed. R.E. 1001 form generated)

NO. 13

Admit that I notified you by Requests that my ~~601/Appeal~~ submitted on December 25, 2006 was timely submitted within 14 days of Receiving my Final copy of RVR # 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R.

(3)

NO. 14

Admit that You received notice from me in the form of a written signed note from officer Verumen attached to my written Request dated 3-13-07 challanging Your (CDC3R) 695 Inmate screening form dated 3-7-07.

NO. 15

Admit that You wrote different Reasons in Your Responses in the (CDC3R) 695 Inmate screening forms as attached as exhibit (A) to screen out cancelle my (CDC3R) 602 Appeal dated December 25, 2006.

NO. 16

Admit that on July 17, 2006 You cancelled my (CDC3R) 602 Appeal by completing a (CDC3R) 695 Inmate screening form because I Referred to You as "a stupid idiot."

NO. 17

Admit that on July 17, 2006 You cancelled my (CDC3R) 602 Appeal by completing a (CDC3R) 695 Inmate screening form because I Referred to You as "You stupid asshole".

NO. 18

Admit that from the time period of Your Assignment as Appeals coordinator until october 23, 2007 non of my (CDC3R) 602 Appeals submitted to the (SVSP) Appeals coordinators against You was Accepted and Assigned for a Investigation and Response.

(4)

NO. 19

Admit that you were on duty on March 30, 2007 at your assignment in the (SVSP) Appeals office.

NO. 20

Admit that you were on duty on April 11, 2007 at your assignment in the (SVSP) Appeals office.

NO. 21

Admit that from the time period of December 1, 2006 through April 11, 2007 you were responsible for reviewing appeals submitted by inmates housed at Complex II at (SVSP).

NO. 22

Admit that on March 26, 2007 you had ~~~~ information from me in the form of written documentation that my (CDC3R) 602 appeal submitted on December 25, 2006 was timely.

NO. 23

Admit that you did not contact (SVSP) facility "C" disciplinary officer Verumen after you received written documentation from me that officer Verumen was the officer who issued me my final copy on 12-11-06 of RVR# C06-03-0012R.

The term documents as used herein and No.11 means the same as the term "writings" defined by federal rule of evidence 1001. A response is requested within 30 days.

Dated: 2-3-08

Respectfully submitted,
Marvin Glenn Hollis
- Plaintiff -

(5)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

### (Fed. R. Civ.P.5; 28 U.S.C. § 1746)

I, _MARVIN GLENN HOLLIS_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _High desert state_ Prison,

in the county of _LASSEN_ , State of California. My prison address is:

_P.O. BOX 3030 SUSANVILLE, CALIF, 96127_ .

On _MARCH 2, 2008_ , I served the attached:

_PLAINTIFF notice of motion And motion to stAY summARY Judgment And the Proceedings, And to compel discovery, motion to dismiss motion FoR defAult Judgment._

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was addressed as follows:

_CLERK, U.S. NORthERN DiST. court_      _ATTORNEY GENERAL_

_450 Golden GAte Ave._      _455 Golden GAte Ave. stA#11000_

_SAN FRANCISCO, CA, 94102_      _SAN FRANCISCO, CA, 94107_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _3-2-08_                  _Marvin Glenn Hollis_

(Date)                                        (Declarant signature)