MARVIN HOLLIS, E-35508
High Desert State Prison
P.O. Box 3030    D-5-228
Susanville, CA, 96127
IN PRO-PER

United States District Court
Northern District of California

MARVIN GLENN HOLLIS,
PLAINTIFF
vs.
ELOY MEDINA,
DEFENDANT

CASE NO. C-07-2980-TEH-PR
Motion to dismiss motion for default judgment.

Defendant responded to the complaint in a timely manner. For these reasons, I request for my motion for default judgment to be dismissed.

Dated: 3-2-08

Respectfully submitted,
Marvin Glenn Hollis
- PLAINTIFF -

(1)