1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CYNTHIA C. FRITZ, State Bar No. 200147
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5793
     Fax: (415) 703-5843
8    Email: Cynthia.Fritz@doj.ca.gov

9  Attorneys for Defendant E. Medina

10

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **MARVIN G. HOLLIS,** | C 07-2980 TEH (PR) |
| Plaintiff, | **DECLARATION OF CYNTHIA C. FRITZ SUPPORTING DEFENDANT'S MOTION TO STAY DISCOVERY** |
| v. | |
| **ELOY MEDINA,** | |
| Defendants. | |

20    I, Cynthia C. Fritz, declare and state:

21    1. I am employed by the Office of the California Attorney General as a Deputy Attorney

22  General in the Correctional Law Section. I am admitted to practice before this Court and courts

23  of the State of California. I have been assigned to represent Defendant E. Medina (Defendant) in

24  this case. I am competent to testify to the matter set forth in this declaration, and if called upon

25  to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion

26  to Stay Discovery.

27    2. On January 3, 2008 and January 6, 2008, Plaintiff served a Request for Production of

28  Documents, Set One, and the First Set of Interrogatories on Defendant.

1      3. On January 31, 2008, the discovery was returned because Defendant had not been served
2  or appeared in the action.
3      4. On February 4, 2008, Plaintiff served the First Set of Admissions on Defendant.
4      5. On February 19, 2008, Plaintiff served the Request for Production of Documents, Set
5  One, First Set of Interrogatories, and First Set of Admissions for the second time.
6      6. Defendant served a response to the First Set of Admissions on March 5, 2008.
7      7. On March 10, 2007, Plaintiff filed a motion to compel discovery.
8      I declare under penalty of perjury that the foregoing is true and correct. Executed March 10,
9  2006, at San Francisco, California.

_____
Cynthia C. Fritz

---

Decl. Fritz Supp. Def's. Mot. Stay Disc.

*M. Hollis v. E. Medina, et al.*
C 07-2980 TEH (PR)