IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARVIN G. HOLLIS,**<br><br>                                Plaintiff,<br><br>             v.<br><br>**ELOY MEDINA,**<br><br>                                Defendants. | C 07-2980 TEH (PR)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY DISCOVERY** |

   Defendant moves this Court to stay discovery pending his Motion for Qualified Immunity. After full consideration and good cause appearing, IT IS HEREBY ORDERED that Defendant's motion for a stay is granted.  All discovery and discovery motions to Defendant is stayed until further order of the Court.

IT IS SO ORDERED.


Dated: _____      _____
                                                                                                   The Honorable Thelton E. Henderson

[Proposed] Order                                                                                        *M. Hollis v. E. Medina, et al.*
                                                                                                              Case No. C 07-2980 TEH (PR)

1