1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CYNTHIA C. FRITZ, State Bar No. 200147
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5793
    Fax: (415) 703-5843
8   Email: Cynthia.Fritz@doj.ca.gov

9  Attorneys for Defendant E. Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN G. HOLLIS,<br><br>                      Plaintiff,<br><br>        v.<br><br>ELOY MEDINA,<br><br>                      Defendants. | C 07-2980 TEH (PR)<br><br>**DECLARATION OF CYNTHIA C. FRITZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO COMPEL DISCOVERY AND STAY THE MOTION TO DISMISS** |

I, Cynthia C. Fritz, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. I am admitted to practice before this Court and courts of the State of California. I have been assigned to represent Defendant E. Medina (Defendant) in this case. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion to Stay Discovery.

2. On January 3, 2008 and January 6, 2008, Plaintiff served by mail a Request for

Dec. Fritz in Support of Def.'s Opp. to Mot. to Compel Discovery and Stay the Mot. to Dismiss        M. Hollis v. E. Medina, et al.
                                                                                                     C 07-2980 TEH (PR)

1

1. Production of Documents, Set One, and the First Set of Interrogatories on Defendant.

2. 3. On January 31, 2008, the discovery was returned because Defendant had not been personally served or appeared in the action.

3. 4. On February 4, 2008, Plaintiff served by mail the First Set of Request for Admissions on Defendant.

4. 5. On February 19, 2008, Plaintiff served by mail the Request for Production of Documents, Set One, First Set of Interrogatories, and First Set of Request for Admissions for the second time.

5. 6. Defendant served by mail a response to the First Set of Admissions on March 5, 2008.

6. 7. Defendant had not been personally served, acknowledged waiver of service, or appeared in this action when the discovery was served.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 21, 2008, at San Francisco, California.

_____
Cynthia C. Fritz

Dec. Fritz in Support of Def.'s Opp. to Mot. to Compel Discovery and Stay the Mot. to Dismiss    M. Hollis v. E. Medina, et al.
C 07-2980 TEH (PR)

2