# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ.P.5; 28 U.S.C. § 1746)

I, _MARVIN HOLLIS_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _High desert State Prison_ Prison,

in the county of _LASSEN_ , State of California. My prison address is: _P.O. BOX 3030  SUSANVILLE, CA 96127_ .

On _MARCH 12, 2008_ , I served the attached: _opposition to defendants motion to stay discovery pending motion to dismiss and motion for qualified Immunity, And Request FOR jexstention of time to File opposition to defendants motion to dismiss And motion for Qualified Immunity._

on the parties herein by placing true and correct copies there of, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am currently confined. The envelope was addressed as follows:

_U.S. NORThERN District court_

_450 Golden Gate Ave._

_SAN FRANCISCO, CA, 94102_

_DEPUTY ATTORNEY GENERAL CYNThIA C. FRITZ_

_455 Golden Gate Ave. St.#11000_

_SAN FRANCISCO, CA, 94102-7004_

## FILED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _3-17-08_                    _Marvin Glenn Hollis_

(Date)                                   (Declarant signature)