MARVIN HOLLIS, E-37508
High desert state PRISON
P.O. BOX 3030,      D-7-125
SUSANVILLe, CALif, 96127

united states Northe

450 Golden C

SAN FRANCISCO,

D7    LEGAL MAIL

"LEGAL MAIL"

**LEGAL MAIL**

DISTRICT COURT

te AVE.

CALIF, 94102

TE PRISON

