## "Declaration"

CASE NO. C-07-2980-TEH-PRJ

I declare as follows:

1.) An allegation of retaliation against a prisoners 1st amendment right to file a prison grievance is sufficient to support a claim under section (1983).
*(Bruce v. Yist 351 F.3d 1283 1288 9th Cir. (2003))*

2.) There was no legitimate penological interest for defendant not to assign my "timely" disciplinary appeal after he received sufficient, facts, information, and evidence that my appeal was in fact timely.

3.) Defendant was dishonest in his response/answers to my discovery request 1st set of admissions contrary to the attached documents in my opposition.

4.) I was informed by (CDC3R) officials on numerous occasions that a 3rd directors level of review is only for and after a (CDC3R) 602 appeals is completed at the institution 2nd level of review.

5.) My appeal Log # SVSP-D-07-01415 was "rejected" by the institution and I was unable to get the 1st, 2nd, and 3rd directors level of review which no administrative remedy was available to me within (CDC3R).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of 2008 at Susanville, Calif, 96127, this month of March.

Marvin Glenn Hollis
- Plaintiff -