Exhibit "A"

Exhibit "A"

# EXHIBIT A

State of California                                                                 Department of Corrections and Rehabilitation

## INMATE / PAROLEE APPEAL SCREENING FORM

INMATE: __Hollis__   CDC #: __E37508__   CDC HOUSING: __D8-220__   CDCR-695

**THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.**

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken
[✓] Duplicate Appeal; Same Issue   4/27/07
[ ] Appealing Action Not Yet Taken   5-1-07
[ ] Incomplete Appeal – Documents Not Attached   rejected
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate   as dup.
[ ] Appeal Process Abuse – Inappropriate Statement
[ ] No Significant Adverse Effect Demonstrated
[ ] Action / Decision Not Taken By CDCR
[ ] Action Sought Is Under Sentencing Court Jurisdiction
[ ] Submit Issue to Assigned Parole Office
[ ] Appeal Matter to VCGCB
[ ] DRB Decisions Are Not Appealable
[ ] Request for Interview; Not an Appeal
[ ] More than one issue –one issue per appeal

[ ] Requested Appeal Withdrawn
[ ] Appeal Previously Received and Processed
[ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Limit of One Continuation Page May Be Attached
[ ] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Incomplete Property Appeal – Missing Documents*
[ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Appeal Process Abuse – Pointless Verbiage
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

[ ] CDC 115/Hearing Officer's Results
[ ] CDC 115 with IE/DA information
[ ] Supplemental Reports to CDC 115
[ ] CDC 1030 Confidential Disclosure
[ ] CDC 114D Lockup Order
[ ] CDC 128G ICC/UCC
[ ] CDC 128G CSR Endorsement Chrono
[ ] CDC 839/840 Class/Reclass Score Sheet
[ ] CDC 7219 Medical Report
[ ] **Other: SEE COMMENTS BELOW**

[ ] CDC 128C Medical Chrono
[ ] CDC 1819 Denied Publications
[ ] CDC 128 A
[ ] CDC 128 B
[ ] CDC 143 Property Transfer Receipt
[ ] Cell Search Slip
[ ] Receipts
[ ] Qtr. Pkg. Inventory Slip
[ ] Trust Account Statement
[ ] Property Inventory Receipt

Comments: You may write on back of this form to clarify or respond to the above.

Your appeal issue was reviewed by the SVSP Hiring Authority per AB 05/03. This issue is rejected as duplicate of your original appeal issue. *Also, it is not considered staff misconduct when staff are performing their assigned duties within the scope of their assignment

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison                                                        Date: __4-11-07__

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

(C)

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.         Category
1. SVSP d                              1. 07-0146        7
2. _____                             2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

obstructy                                               Eloy Medina

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MARVIN HOLLIS | E-37508 | *Ad-Seg* | D-8-220 |

A. Describe Problem: This complaint is filed against Salinas Valley State prison Appeals coordinator Eloy Medina, for retaliation and reprisal for my prior use of the (CDCR) 602 Appeals process and being a jailhouse lawyer. On 3-26-07 E. Medina, refused to assign ~~~~~ my timely disciplinary appeal in retaliation for my prior use of the (CDCR) 602 Appeal process and being a jailhouse lawyer. This retaliation and harassment infringed my 1st Amendment constitutional right and had a chilling effect.

If you need more space, attach one additional sheet.    *(see attachment)*

B. Action Requested: To be allowed to exhaust my administrative remedies without inappropriate interferance. That all retaliatory actions and harassment by appeals office staff to cease. For an apology from E. Medina, for not assigning my timely disciplinary appeal.

Inmate/Parolee Signature: Marvin Hollis     REC'D MAR 30 2007    Date Submitted: 3-29-07

RECEIVED APR 19 2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

BYPASS

Signature: _____                           Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim



First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __4/2/07__ Due Date: __6/11/07__
Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                              Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

DELIVERED MAY 15 2007   DELIVERED APR 17 2007
DELIVERED APR 30 2007

RECEIVED APR 19 2007

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter
                                                                        Date: _____
CDC 602 (12/87)

\*(continued from section (A))\*

The adverse result of this retaliation was that I was denied my right to freedom of speech, expression, and to petition the government to seek redress of grievances. I also suffered excessive segregation as a result of E. Medina, refusing to assign my timely appeal for investigation and response. The retaliation and harassment did not serve a legitimate penological interest or institutional goals. I have been subjected to an antypical significant hardship as a result of E. Medina, retaliation and harassment against me refusing to assign my timely disciplinary appeal for appropriate action. Per CCR. 3004(c) in part; inmates have the right to be treated fairly and impartially by all employees. Per Title 15. division 3, inmates are allowed to appeal any action within 15 days that they can demonstrate as having an adverse effect upon their welfare.

"Request"       4-30-07

TO: Appeals Coordinator

From: Hollis E-37508    D-8-220

RE: Challange to screening form

Is my appeal cancelled or rejected? I request to know how can I exhaust my administrative remedy on the issue raised in my appeal? I have not submitted no other appeal regarding CCII Medina, retaliatory actions on 3-26-07.

RECEIVED MAY 01 2007

"Request"

4-17-07

TO: Appeals Coordinator

FROM: Hollis, E-37508          D-8-220

RE: <u>Challange to screening form dated 4-11-07</u>


The screening form is inaccurate. This appeal is not a duplicate appeal to any appeal on file at (SVSP) against Eloy Medina. This appeal was submitted as a regular appeal raising the issue of retaliation. The appeal is timely and was given a log # and due date for response. Can I please exhaust my administrative remedy to the issue raised in appeal or is my appeal cancelled or rejected? The appeals office staff is not immune from the appeals process, thus without a investigation or fair review of the appeal CCII Variz, conclusion on the screening form was not fair and impartial. I was informed numerous times by various administrative staff as well as T. Variz, to use the inmate appeal process. *If staff was performing <u>their duties within the scope of their assignment</u> <u>correctly and fairly</u> then the federal courts would not have taking control of most of (CDC 3 R). Eloy