Exhibit "B"

EXHIBIT B

State of California  **INMATE / PAROLEE APPEAL SCREENING FORM**  Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis   CDC #: E-37508   CDC HOUSING: D8-220

THIS IS *NOT* AN APPEAL RESPONSE — THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

**YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[X] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[ ] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND **RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

Hollis- I will not accept the appeal because time constraints were not met (C/O Alvarez confirmed the issuance date previously.)

However, I will forward a copy of your letter to the CDO today (3/26/07). (the whole packet)

Eloy Medina, CC-II
Appeals Coordinator

(D) #4

Date: 3/26/07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

State of California  **INMATE / PAROLEE APPEAL SCREENING FORM**  Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis    CDC #: E-37508    CDC HOUSING: D8-113

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [X] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [ ] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues
- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

Hollis – you presented no due process/procedural errors, only your defense to the charges.

your statements regarding witnesses is refuted by your signature on RVR.

Eloy Medina, CC-II
Appeals Coordinator    (D)    Date: 2/5/07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please

State of California     INMATE / PAROLEE APPEAL SCREENING FORM     Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis     CDC #: E-37508     CDC HOUSING: D8ч/13

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [X] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND **RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

Appeal rejected as staff complaint by Hiring Authority.

Hollis - you are aware of how to Appeal an RVR.

3/28/07 - note due process/procedural errors, Your Appeal is only your defense to the charges.

Eloy Medina, CC-II     (D)     Date: 3/15/07
Appeals Coordinator

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please

State of California  **INMATE / PAROLEE APPEAL SCREENING FORM**  Department of Corrections and Rehabilitation
CDCR-695

NMATE: Hollis   CDC #: E-37508   CDC HOUSING: C8-222

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [ ] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [X] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

Hollis this is not a staff complaint, it is your defense to a RVR, present your defense during the hearing. You are aware of how to appeal an RVR already.

RECEIVED FEB 01 2007

(C)

Eloy Medina, CC-II
Appeals Coordinator

Date: 1/10/07

RECEIVED JAN 3 1 2007

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

State of California    **INMATE / PAROLE APPEAL SCREENING FORM**    Department of Corrections and Rehabilitation
CDCR-695

INMATE: **Hollis**    CDC #: **E-37508**    CDC HOUSING: **D8-113**

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

**YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [X] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [ ] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND **RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

You state RVR is false. The SHO determined otherwise. That's the purpose of the hearing, to determine if I/M is culpable for the charged offense.

You present your argument to the charges. The Appeals process is not to re-hear the RVR.

You have not noted any due process/procedural errors.

Eloy Medina, CC-II
Appeals Coordinator

(D)
#(3)

Date: 5/7/07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***

State of California   INMATE / PAROLE APPEAL SCREENING FORM   Department of Corrections and Rehabilitation
(1)(D)
CDCR-695

INMATE: Hollis         CDC #: E-37508         CDC HOUSING: D8-113

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [X] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [ ] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

- Complete copy was not attached (857, Reissue/Rehear order
- date of RVR issuance 12/1/06
- date of Appeal receipt 12/27/06

1/2/07
Hollis- who was the issuing officer? According to RVR, Appeal is untimely.

REC'D FEB 28 2007

#1

Eloy Medina, CC-II
Appeals Coordinator

Date: 1/2/07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - *DO NOT REMOVE***

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region (1) (C)　　　Log No.　　　Category
1. _____　　1. _____　　C—
2. _____　　2. _____　　/

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.　Div B　　BA H. on P.O.　C06-03-0012R

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MARVIN HOLLIS | E-37508 | *Ad-SEG* | D-8-113 |

A. Discuss Problem: This complaint is filed against Salinas Valley State Prison senior hearing officer C. Barroga, CA-2. M.P. Moore, and (COW) A. Hedgpeth. I was denied a fair and impartial disciplinary hearing related to RVR# C06-03-0012R and the senior hearing officer failed to adhere to (COW) A. Hedgpeth order to determine the disparity of officer L. Goodlett and c/o Zamora written report related to RVR# FC-05-04-0049 and mod order dated 3-17-06. I was denied due process and not provided a

If you need more space, attach on additional sheet.

A. Action requested: For RVR# C06-03-0012R to be dismissed in the interest of justice per CCR. 3084.5(h)(1), 3(2), or for the disparity of both officers Zamora, and Goodlett to be addressed as ordered by A. Hedgpeth 2nd level of Appeals related to FC-05-04-0049, officers reports.

Inmate/Parolee Signature: *Marvin Hollis*　　Date Submitted: 12-25-06

RECD DEC 27 2006

B. INFORMAL LEVEL (Date Received _____)
Staff Response: _____

RECD JAN 26 2007
RECEIVED FEB 20 2007
DELIVERED JAN 24 2007
DELIVERED MAR 9 2007

Staff Signature: _____　　Date Returned to Inmate: _____
DELIVERED FEB 21 2007
RECD FEB 28 2007

C. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigators Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

RECEIVED MAR 23 2007

Signature: _____　　Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control Form BC-1E, Inmate Claim

CDC Appeal Number:

**CANCELLED**

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved:                                              Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 of days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter
                                                                                Date: _____

CDC 602 (12/87)

CANCELLED

\* (continuation from sec. IN (A)) \*

copy of all reports 24 hours prior to my hearing which include and not limited to; A copy of the amended Part-C continuation of 115 circumstance in which the copy I was issued Part-C continuation of 115 circumstances has Log # FC-05-04-0049 dated 3-17-06. All reports generated related to this RVR is disingenuous and contradictory and that the reporting employee was dishonest throughout the proceedings and filed false charges against me. The (sho) falsely found me guilty based on his predetermined belief and willfully failed to consider the dishonest statements contrary to the written report and the disparity between both officer Goodlett and Zamora written report. The (sho) ruled that the reissued (RVR) had a typographical error of 1520 hours of the time of the alledged incident and used this error in the reissue (RVR) to address the desparity among the reports of Goodlett and Zamora. The original (RVR) does not have a

\* (OVER ON BACK) \*

date of 1520 hours of the incident alledgedly happening. To date, the despanity of both officer Zamora and Goodlett has not been addressed a ordered by A. Hedgpeth 2nd Level of appeals officer Goodlett Lied to the (sho) as to when he notifyed officer Zamora of the alledged incident which he wrote in the circumstances he told c/o Zamora I grabbed his wrist when I was released from the shower. C/o Zamora claims he was not notifyed until Goodlett informed him claing escort near the C2-observation gun. C/o Goodlett failed to state which wrist was grabbed if any and how. If I was pressing the alarm with negative results are if c/o Goodlett covered the alarm with his hand I would have to have been grabbed by c/o Goodlett. C/o Zamora, Report is clear and that he and officer Goodlett walked into the section and instructed the Control booth officer to let me out of the shower at 1115 hours. C/o Goodlett filed false charges and lied. This is supported by the written report c/o Zamora, & written report and all statements made to the I.E., The reporting employee never signed his alledged report. The evidence shows the

"Request"

1-24-07

TO: Appeals Coordinator

FROM: Hollis, E-37508          D-8-113

RE: "Challenge to screening form"   (E)
                                    (#1)

REC'D JAN 26 2007

Sir, the screening form is inaccurate. Please see attached 837/Reissue/Rehear order. In addition, the "C" Facility disciplinary officer signed his name and issued me my final copy on 12-11-06 not 12-1-06 as noted on the screening form. I submitted my appeal to the appeal office on 12-25-06 14 days after I received the final copy. I have complied to the directives on the screening form. Can my appeal now be processed for investigation and response?

KP.S. ✱                              Thank you!

2nd level order has not been adhered to by the (SHU). Can you please have

"Request"

2-16-07

To: Appeals Coordinator

(E)
#(2)

From: Hollis E-37508     D-8-113

*(2nd Level Appeal decision)*
—"Not Adhered to"—

The regular "C" Facility disciplinary officer who was working on 12-11-06. That is who issued me my final copy. I put my appeal in the drop box per OP #40 on 12-25-06. My appeal was submitted within 15 days of receiving the final copy.

The (SHO) did not adhere to 2nd Level directives in Appeal Log # SVSP-06-00380 due to the holidays, staff did not process any appeals on 12-25-06 or 12-26-06.

I request for my appeal to be processed so I can exhaust my administrative remedy and seek enforcement of 2nd Level Appeal decesion that granted my relief.

"C" Facility log book has the date my final copy was issued.

Request

2-22-07

TO: Appeals Coordinator

FROM: Hollis E-37508    D-8-113

(RE)

Can I exhaust my administrative remedy? I don't know the name of Facility "C" disciplinary officer. If you can call I'm sure you can find out. Due to my housing status I'm unable to find out. Furthermore I had 15 days from the date of my 1st screening form to submit my appeal. My appeal was timely submitted. If you refuse to allow me to exhaust my administrative remedy can you please let me know if my appeal is cancelled or rejected. Thank you! And how can I exhaust.

REC'D FEB 28 2007

#@(3)
(E)

"Request"    #(4)
             (E)

TO: Appeals Coordinator, "Warden"    3-13-07
FROM: Hollis E-37508    D-8-220

\* \* \* \* \* \*
*(CAN YOU ENFORCE SUSP-06-00380)*

The appeals coordinator refuse to assign my appeal.

I request for reconsideration of your review. I found out the officers name who signed and issued the final copy to me on 12-11-06. His name is c/o Beruman. He was the Facility "C" disciplinary officer who signed his name and issued the final copy to me on 12-11-06 while I was in Ad-seg C-8 Ad-seg over flow. I was not issued the final copy on 12-1-06 cause I was being processed into Ad-seg on 12-1-06. Why do I have to appeal what was granted to me by 2nd level. No matter if you process this appeal or not the (SHU) still did not adhere to the modification order. Can you at least

enforce the 2nd level of appeal decesion and moot-order. Can you please contact C/O Berliman, for verification I did not forge a signature. The signature is one in the same.
I did not have a black felt tip pen while in Ad-Seg. Please reconsider. I'm giving you and (SUSP) the opportunity to handle this matter administratively.

P.S. Can you at the minimum, enforce SVSP-06-00380 that was granted ordering the (SHU) to adhere and address the disparity of the Reports. I was given a aggravated (SHU) due to this (RVR).
It appears you are retaliating against me not to assign this appeal and to enforce SVSP-06-00380.

Request (2) (D) #1

4-22-07

TO: Appeals Coordinators & Warden

FROM: Hollis, E-37508        D-8-220

RE: "Challange to screening form"

        *(Inappropriate screening of my appeal)*
            *(3004(2))*

Sir, The screening form is inaccurate. I suffered loss of good time credits and privileges which is a adverse effect. The (SHO) advised me at my cell door that I have a right to appeal her disposition and findings. The body of the (RVR) clearly and comprehensively stated I refused to accept a inmate assigned to D-8-219 which the Reporting employee signed as a true and correct report. The (SHO) had a predetermined belief and denied me my right to attend the hearing which a signed "waiver" was required. How can I exhaust my administrative remedy to the issue raised in my appeal? Is my appeal rejected or cancelled? How did you come to your personal conclusions without a investigation to the issue I raised? Please review CCR.3084.5th (1) 3 (2) for procedural and due process violations

*(over on back)*

Thank you!

I'm repeatedly informed by (SVSP) officials to utilize the appeals process but when I do my appeals are frequently screened out in bad faith to harass and retaliate against me. My appeal is not frivilous and has merit to the arbitrary actions taken against me. It's not my fault the (SHU) choose to violate my rights and not adhere to Title 15. division 3. The appeals coordinators are using the screening forms to harass me and circumvent the appeals process. One day the federal courts will step in and correct the unfair appeal procedures in place. It's staff like the appeals coordinators who causes litigation against (CDC3'R) with their discriminatory actions and procedures against me. Although I don't have a constitutional right to the appeals process, I do however have a state right.