Exhibit F

State of California     **INMATE / PAROLEE APPEAL SCREENING FORM**     Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis     CDC #: E-37508     CDC HOUSING: C3-225

THIS IS *NOT* AN APPEAL RESPONSE — THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

**YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

[ ] Duplicate Appeal; Same Issue
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[X] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Request for Interview; Not an Appeal
[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Inappropriate Statements
[ ] Action / Decision Not Taken By CDCR
[ ] DRB Decisions Are Not Appealable
[ ] Appealing Action Not Yet Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
[ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**
Comments: You may write on back of this form to clarify or respond to the above.

Hollis - your appeal is based on what you state is a "conspiracy". you have not provided any evidence/testimony to support your general conclusion of a conspiracy.

On the back of the 6/30/06 screening form you referred to me as "you stupid idiot!" this is inappropriate.

therefore, based on inappropriate statements & your refusal to cooperate, your appeal is cancelled.

Joy Medina, CC-II
Appeals Coordinator

Appeal CANCELLED

DELIVERED JUN 24 2006
Date: 7/19/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out — do not write any more on the appeal itself. Please return this form to the Appeals Coordinator with the necessary information attached.

State of California — **INMATE / PAROLEE APPEAL SCREENING FORM** — Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis    CDC #: E-37508    CDC HOUSING: C3-225

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [ ] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [X] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

**PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS**

Comments: You may write on back of this form to clarify or respond to the above.

In your response to the screening form dated 7/7/06, you referred to me as "you stupid Asshole." This is not Appropriate. Staff/I/ms have a right to be treated w/ respect.

due to your use of profanity, your Appeal is cancelled. Please refrain from this type of behavior in the future.

DELIVERED JUN 24 2006

Eloy Medina, CC-II
Appeals Coordinator

Date: 7/19/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please return this form to the Appeals Coordinator with the necessary information attached.

"Request"

7-26-06

TO: N. GRANNIS         (SVSP)

FROM: HOLLIS, E-37508        C-3-225

RE: NGO v. WOODFORD 403 F.3d 620 (9th CIR (2005))
* (CCR. 3084.1(d)) *
~~(~~ BRADLEY v. HALL 64 F.3d 1276 (9th CIR (1995))

I request to exhaust my administrative remedy so I can take court action or for you to have (SVSP) appeals coordinators to assign my appeals for investigation and response. I'm attempting to resolve the issues raised administratively prior to taking civil action in conjunction with these appeals and SVSP-D-06-01516. (SVSP) appeals coordinators are generating screening forms in bad faith attempting to shield (SVSP) staff from the appeals I file against them. (SVSP) appeals coordinators are continuously harassing me by not assigning my appeals and generating screening forms not in compliance and accordance to Title 15. Division 3. and in bad faith. I have a 1st amendment right to freedom of speech, expression and to petition the government to seek redress of grievances.

State of California / INMATE / PAROLEE APPEAL SCREENING FORM / Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis  CDC #: E37508  CDC HOUSING: C3-225

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [X] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments: You may write on back of this form to clarify or respond to the above.

You still have not provided any evidence/testimony to support your general conclusion of a conspiracy.

(OVER ON BACK)

Eloy Medina, CC-II
Appeals Coordinator

**CANCELLED**   Date: 6/30/06

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself*. Please return this form to the Appeals Coordinator with the necessary information attached.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

My APPEAL IS complete. I Request
FOR It to be ASSIGNED FOR
INvestigation And Response.
You stupid Idiot!

Hollis E-37508
C-3-225

CANCELLED

received 7/19/06

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region (SVSP)  Log No.  Category  /I

1. _____  1. _____
2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Cell search    4/5/06 cell search

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MARVIN V. HOLLIS | E-37,508 | *Ad-SEG* | D-1-220 |

A. Describe Problem: This complaint is filed against Salinas Valley State Prison Warden M. Evans, I.S.U. Captain, Lt. R.L. Martinez, I.S.U. C/O P. Ellis, Salau, Berliker, and all other custody staff responsible for the retaliation, harassment, and abuse of authority which resulted in confiscation of personal papers, legal materials, confidential medical records, 9 magazines, and other personal property. This complaint is filed as a group appeal pursuant to CCR. 3084.2(f). On 4-5-06 (SVSP) staff violated app. 1st, 14th & 8th Amendment Constitutional Rights by willfully abusing their authority to conduct a non random cell inspection/

If you need more space, attach one additional sheet. DELIVERED MAY 2 3 2006    *(see Attachments)*

B. Action Requested: That are property items confiscated be returned, or allowed to send home or donate per CCR. 3191(C) are confiscated property, or compensated/reimbursed with local resources pursuant to CCR. 3084.7(e),(2)(A), 3193(b). To know why we were harassed and retaliated against, for the harassment & retaliation to cease by (SVSP) officials

Inmate/Parolee Signature: Marvin Hollis    REC'D APR 1 9 2006   Date Submitted: 4-6-06

REC'D JUN - 6 2006
RECEIVED MAY 2 6 2006
DELIVERED JUN 0 5 200(
REC'D JUN 2 0 2006

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

DELIVERED JUN 2 2 2006

RET'D JUN 27 2006

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

INMATE APPEALS BRANCH  JUL 26 2006  RECEIVED  A2

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

**INMATE SEGREGATION RECORD**
CDC 114-A (Rev 10/98)

| CDC NUMBER | INMATE'S NAME | CELL |
|---|---|---|
| E 37508 | HOLLIS | 220 |

### RECORD OF DAILY ACTIVITY
**INSTRUCTIONS:**

In order to document Segregated Housing Conditions, Unit Staff must record all services and activities offered to segregated inmates and all significant activity (e.g., classification reviews). Maintain a record of the following:

1. **CELL INSPECTION** - A weekly inspection must be completed and recorded to ensure the cells are being properly maintained by the inmates.
2. **EXERCISE** - A record must be maintained on exercise offered and received to ensure each inmate is given the opportunity to exercise a minimum of ten (10) hours per week. Exercise may be suspended for disciplinary offenses. Number of hours received or refused shall be entered.
3. **SHOWERS** - Inmates must be allowed to shower three (3) times each week. Record all showers or refusals.
4. **SUPPLIES** - Cleaning and personal hygiene supplies shall be offered on a weekly basis to all inmates and provided on an as-needed basis. Record what was provided.
5. **CLOTHING, LINEN** - Clothing will be issued upon assignment and exchanged and laundered not less than every other week. Towels, sheets, and pillow cases will be laundered not less than once every two (2) weeks. Blankets shall be cleaned at least once every six (6) months. Record all exchanges.
6,7,8. **MEALS** - Record all meals served. Record any refusals of a meal served.
9. **TRASH DISPOSAL** - Daily trash disposal shall be offered. Record all disposals.

Column headers: 1=CELL INSPECTION, 2=EXERCISE, 3=SHOWERS, 4=SUPPLIES, 5=CLOTHING/LINEN, 6=BREAKFAST, 7=LUNCH, 8=DINNER, 9=TRASH DISPOSAL

| DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | STAFF COMMENTS | STAFF NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-3-06 | | | | | | | | | | 1/w Count 0015, 0230, 0500 | [sig] |
| 4-3-06 | X | R | | | | Y | Y | | X | 1/w TXNS | [sig] |
| 4/3/06 | | | | | | | X | X | | 3/w MTA, Count 1800, 2115 | [sig] |
| 4-4-06 | | | | | | | | | | 1/w Counts | [sig] |
| 4-4-06 | | | | | | X | X | | X | 7/w mon PT | [sig] |
| 4/4 | | | R | | | X | X | | X | 3/w MTA 1800 2115 | [sig] |
| 4-5-06 | | | | | | | | | | 1/w Counts | [sig] |
| 4-5-06 | | R | | | | P | P | | P | 3/w MTA PT | [sig] |
| 4-5-06 | | | | | | | | | | Olson Review | [sig] |

**SYMBOLS**
- / - ITEM COMPLETED
- C - CONFINED TO QUARTERS PENDING DISCIPLINARY
- L - LINEN EXCHANGED
- B - BLANKETS EXCHANGED
- R - REFUSED
- Y - YARD PENDING ICC REVIEW
- X - CLOTHING EXCHANGED
- D - LOCKDOWN

JVSP-106

**INMATE SEGREGATION RECORD**
CDC 114-A (Rev10/98)

| CDC NUMBER | | | | | | | | | INMATE'S NAME | CELL |
|---|---|---|---|---|---|---|---|---|---|---|
| E375C8 | | | | | | | | | Hollis | 220 |

**RECORD OF DAILY ACTIVITY**

INSTRUCTIONS:

In order to document Segregated Housing Conditions, Unit Staff must record all services and activities offered to segregated inmates and all significant activity (e.g., classification reviews). Maintain a record of the following:
1. CELL INSPECTION - A weekly inspection must be completed and recorded to ensure the cells are being properly maintained by the inmates.
2. EXERCISE - A record must be maintained on exercise offered and received to ensure each inmate is given the opportunity to exercise a minimum of ten (10) hours per week. Exercise may be suspended for disciplinary offenses. Number of hours received or refused shall be entered.
3. SHOWERS - Inmates must be allowed to shower three (3) times each week. Record all showers or refusals.
4. SUPPLIES - Cleaning and personal hygiene supplies shall be offered on a weekly basis to all inmates and provided on an as-needed basis. Record what was provided.
5. CLOTHING, LINEN - Clothing will be issued upon assignment and exchanged and laundered not less than every other week. Towels, sheets, and pillow cases will be laundered not less than once every two (2) weeks. Blankets shall be cleaned at least once every six (6) months. Record all exchanges.
6,7,8. MEALS - Record all meals served. Record any refusals of a meal served.
9. TRASH DISPOSAL - Daily trash disposal shall be offered. Record all disposals.

| DATE | CELL INSPECTION 1 | EXERCISE 2 | SHOWERS 3 | SUPPLIES 4 | CLOTHING/LINEN 5 | BREAKFAST 6 | LUNCH 7 | DINNER 8 | TRASH DISPOSAL 9 | STAFF COMMENTS | STAFF NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-27-06 | | | | | | | | | | 1/w count | |
| 3-27-06 | X | X | | | | X | X | | X | 2/w MTA/PT 2/A 3-514 | |
| 3-27-06 | | | | | | | | X | X | 3/w MTA count 1800, 2215 | |
| 3-28-06 | | | | | | | | | | 1/w counts | |
| 3/28/06 | | | | | | X | X | | | 2/w MTA PT | |
| 3/28 | | X | | | | | | X | X | 3/w MTA 1800 2115 | |
| 3-29-06 | | | | | | | | | | 1/w counts | |
| 3-29-06 | | R | | | | X | X | | X | 2/w MTA PT | |
| 3/29 | | | | | | | | X | X | 3/w MTA counts 1800, 2115 | |
| 3/29/06 | | | | | | | | | | 3/w 115/837 | |
| 3-30-06 | | | | | | | | | | 1/w counts | |
| 3-30 | | | X | | | X | X | | X | 2/w MTA PT | |
| 3-30-06 | | | | | | | | | X | 3/w MTA count 1800 2115 | |
| 03/30/06 | | | | | | | | | | CM contact @ CF | |
| 3-31-06 | | | | | | | | | | 1/w counts | |
| 3-31-06 | X | | | | | X | X | | X | 2/w MTA P w/a 3.5 hrs | |
| 3-31 | | | | | | | | | | 3/w MTA 1800 2115 | |
| 4-1-06 | | | | | | | | | | 1/w counts | |
| 4-1-06 | A | | | | | X | X | | X | 2/w MTA PT | |
| 4-1-06 | | X | | | | X | X | | | 3/w MTA 1800, 2115 | |
| 4-2-06 | | | | | | | | | | 1/w count 0015, 0230, 0500 | |
| 4-2-06 | | | | | | X | X | | X | 2/w MTA/PT | |
| 4/2/06 | | | | | X | | | X | X | 3/w MTA, count 1800, 2115 | |

SYMBOLS:
- ITEM COMPLETED
- CONFINED TO QUARTERS / PENDING DISCIPLINARY
- LINEN EXCHANGED
- BLANKETS EXCHANGED
- REFUSED
- NO YARD PENDING ICC REVIEW
- CLOTHING EXCHANGED
- LOCKDOWN

SVSP-106

State of California    **INMATE / PAROLEE APPEAL SCREENING FORM**    Department of Corrections and Rehabilitation
CDCR-695

INMATE: Hollis    CDC #: E-37508    CDC HOUSING: D1-220

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

- [ ] Duplicate Appeal; Same Issue
- [X] Do Not Combine Staff Complaints with Other Issues
- [ ] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Pointless Verbiage/Appeal is vague
- [X] Incomplete 602
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Request for Interview; Not an Appeal
- [ ] Numerous and separate issues

- [ ] Limit of One Continuation Page May Be Attached
- [ ] Inappropriate Statements
- [ ] Action / Decision Not Taken By CDCR
- [ ] DRB Decisions Are Not Appealable
- [ ] Appealing Action Not Yet Taken
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Not A Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362. If necessary, sign up for sick call.
- [ ] Write your appeal in black or blue ink, this is a legal document and pencil/inks other than black or blue do not copy legibly

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments: You may write on back of this form to clarify or respond to the above.

You allege retaliation. Cell searches are normal duties of custody staff. You have not noted any misconduct, only your displeasure with having your cell searched.

If you are appealing the confiscation of property, you need to separate the staff complaint issue.

Roy Medina, CC-II    Date: 4/13/06
Appeals Coordinator

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – do not write any more on the appeal itself. Please return this form to the Appeals Coordinator with the necessary information attached.

State of California — Case 3:07-cv-02980-TEH   Document 24-7   Filed 03/31/2008   Page 11 of 16 — Department of Corrections and Rehabilitation

# INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: **Hollis**    CDC #: **E 37508**    CDC HOUSING: **C 3·225**

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

- [ ] Requested Action Already Taken
- [ ] Duplicate Appeal; Same Issue
- [ ] Appealing Action Not Yet Taken
- [ ] Incomplete Appeal – Documents Not Attached
- [✓] Time Constraints Not Met
- [ ] Cannot Submit On Behalf Of another Inmate
- [ ] Appeal Process Abuse – Inappropriate Statements
- [ ] No Significant Adverse Effect Demonstrated
- [ ] Action / Decision Not Taken By CDCR
- [ ] Action Sought Is Under Sentencing Court Jurisdiction
- [ ] Submit Issue to Assigned Parole Office
- [ ] Appeal Matter to VCGCB
- [ ] DRB Decisions Are Not Appealable
- [ ] Request for Interview; Not an Appeal
- [ ] More than one issue – one issue per appeal

- [ ] Requested Appeal Withdrawn
- [ ] Appeal Previously Received and Processed
- [ ] Incomplete 602 – Complete Next Appropriate Section
- [ ] Incomplete 602 – Sign and Date Appropriate Section
- [ ] Limit of One Continuation Page May Be Attached
- [ ] Incomplete Disciplinary Appeal – Missing Documents*
- [ ] Incomplete Property Appeal – Missing Documents*
- [ ] Failed to Provide Necessary Copies of Chrono(s)*
- [ ] Appeal Process Abuse – Pointless Verbiage
- [ ] May Submit One (1) Non-Emergency Appeal Per Week
- [ ] Attempting to Change Original Appeal Issue
- [ ] Not Authorized to Bypass Any Level
- [ ] Appeal Issue & Reasonable Accommodation Not 1824
- [ ] Do Not Combine Staff Complaints with Other Issues
- [ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

## PLEASE ATTACH AS NOTED BELOW:

| | | | |
|---|---|---|---|
| [ ] | CDC 115/Hearing Officer's Results | [ ] | CDC 128C Medical Chrono |
| [ ] | CDC 115 with IE/DA information | [ ] | GDC 1819 Denied Publications |
| [ ] | Supplemental Reports to CDC 115 | [ ] | CDC 128 A |
| [ ] | CDC 1030 Confidential Disclosure | [ ] | CDC 128 B |
| [ ] | CDC 114D Lockup Order | [ ] | CDC 143 Property Transfer Receipt |
| [ ] | CDC 128G ICC/UCC | [ ] | Cell Search Slip |
| [ ] | CDC 128G CSR Endorsement Chrono | [ ] | Receipts |
| [ ] | CDC 839/840 Class/Reclass Score Sheet | [ ] | Qtr. Pkg. Inventory Slip |
| [ ] | CDC 7219 Medical Report | [ ] | Trust Account Statement |
| [ ] | Other: SEE COMMENTS BELOW | [ ] | Property Inventory Receipt |

REC'D AUG 8 8 2006

Comments: You may write on back of this form to clarify or respond to the above.

① Appeal is rejected for late submission. ② failed to attach supporting documentation, ie: screened out appeals.
8/24/06 — nothing attached again —
★ (OVER ON BACK) ★

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

Date: **8-1-06**

CANCELLED

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out — do not write any more on the appeal itself. Please return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

My appeal is timely and submitted within the 15 day time constraints. This screening form was generated in bad faith and to harass me, and cover up issues raised. The screening form is inaccurate. Please see attached screening forms dated 7-19-06 and numerous other dates. Can my appeal be assigned for investigation and response so I can exhaust my administrative remedies and in accordance with D.O.M. 54100.2.9 and CCR. 3084.1(a). Thank you!

Marvin Hollis 8-23-06
E-37508.

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.              Category
1. _____                     1. _____    **10**
2. _____                     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*Processing Appeals*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| MARVIN HOLLIS | E-37508 | UNASSIGNED | C-3-225 |

A. Describe Problem: This complaint is filed against Salinas Valley State Prison Appeals Coordinator Eloy Medina, for harassment, reprisal, and retaliation for my prior use of the (CDCR) 602 appeal grievance procedure and punishing me for exercising my 1st Amendment Right of freedom of speech, expression, and to petition the government for redress of grievance. This retaliation to file grievance (CDCR) 602 infringed my 1st Amendment (See Attachment)

RECD JUL 31 2006

B. Action Requested: For all my appeals to be assigned for investigation and response and stop harassing me and retaliating against me. Stop generating screening forms in bad faith. Award $3,000.00.

Inmate/Parolee Signature: *Marvin Hollis*    RET'D AUG 23 2006    Date Submitted: 7-25-06

REC'D AUG 24 2006

DELIVERED SEP 0 1 2006

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

8-1-06
s/o as late

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

*(CONTINUATION FROM SECTION A)*

write to file grievance (CDCR) 602 to complain and had a chilling effect. This harassment, reprisal, retaliation, and punishment did not serve a legitimate penological interest or institutional goals. On 7-19-06 E. Medina, cancelled two(2) of my (CDCR) 602 appeals in retaliation for me excercising my 1st Amendment rights and prior use of the grievance procedure. The appeals coordinator continue to harass me by willfully refusing to assign my appeals for investigation and response and generate screening forms in bad faith in violation of Title 15. Division 3. Civil action will be filed. These appeal cancellations had an atypical and significant hard-ship upon me which has effected my privileges program and custody.

*(OVER)*

I have been denied due process and equal ~~process~~ of the law.
         protection

~~[scribbled out text]~~

*((continued from section (B)))* *

For the appeals coordinators and staff to adhere to Title 15. Division 3. with a effort of consistancy.