1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8     MARVIN GLENN HOLLIS,            )
                                      )
9            Plaintiff,               )       No. C 07-2980 TEH (PR)
                                      )
10       v.                           )       ORDER GRANTING
                                      )       MOTION FOR
11    ELOY MEDINA,                    )       EXTENSION
                                      )
12           Defendant.               )
                                      )

14       Good cause appearing, Plaintiff's request for an extension of time is
15    GRANTED (docket no. 22). Plaintiff shall file his opposition on or before sixty
16    days from the date of this order.
17    SO ORDERED.

19    DATED:  01/22/09
                                          THELTON E. HENDERSON
20                                        United States District Judge